# Exhibit 18

**U.S. PATENT NO. 9,083,401**
**BEAMFORMING USING PREDEFINED SPATIAL MAPPING MATRICES**

Velocity Communication Technologies, LLC ("Velocity") contends that at least the following claims of U.S. Patent No. 9,083,401 (the "'401 patent") identified below are infringed.

Accused Products: The Accused Products are all Access Points ("AP") that practice the IEEE 802.11ax (Wi-Fi 6) standard ("802.11ax Standard") made, used, offered for sale, sold, and/or imported into the United States by Defendant(s), including but not limited to the "'401 Accused Products" specifically listed in the Complaint (collectively, the "Accused Products").

| Claim Language | Representative Instrumentality[1] |
|---|---|
| [1PRE] A method comprising: | To the extent the preamble is limiting, the '401 Accused Products perform a computer-implemented method for beamforming using spatial mapping matrices.<br><br>The Defendant and its customers directly infringe the '401 patent under 35 U.S.C. § 271(a) by using the claimed methods in the United States. In particular, Defendant infringes § 271(a) by using and testing its Accused Products domestically, while its customers and end users infringe by using and testing products that implement the 802.11ax Standard—or later, backwards-compatible standards—which incorporate these methods. |

---

[1] This analysis is preliminary and subject to amendment. Velocity reserves the right to supplement this chart based on further investigation, discovery, claim construction, or other developments. Additional information may include source code, data sheets, design specifications, deposition testimony, testing data, reference designs, implementation details, and schematics. These infringement contentions extend beyond the specifically identified products to include all reasonably similar products and components that infringe in the same or similar manner. The claim chart demonstrates infringement by comparing each element of the asserted claims to corresponding features of the Accused Products. The chart provides exemplary evidence of Velocity's current infringement theory based on available information and is not intended as an expert report. Velocity has prepared these contentions before obtaining discovery in this action. Velocity expects the Defendant(s) and third parties will produce additional information regarding the Accused Products beyond what is publicly available. Accordingly, Velocity reserves the right to revise this analysis upon receiving such information or upon issuance of any Court Order construing any claim terms of the asserted claims.

| | |
|---|---|
| | Moreover, the Defendant induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe, and contributes to infringement under § 271(c) by offering, selling, and/or importing an apparatus for practicing the '401 patent into the United States. The Accused Products are a material part of the invention, and the Accused Products are specifically adapted for infringing the '401 patent through the use of the 802.11ax Standard or subsequent backwards-compatible wireless networking standards. They are not staple articles of commerce suitable for substantial non-infringing use.<br><br>Unless otherwise noted, Velocity contends that every element of each asserted claim is literally met by the Defendant's testing and use of the Accused Products. To the extent Defendant claims any element is not literally met, Velocity asserts that such element is nonetheless satisfied under the doctrine of equivalents. No substantial differences between the patent claim elements and the corresponding features of the Accused Products exist. In every instance, each step of the methods performed by the Accused Products is performed by the Accused Products for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element. Furthermore, if a claim chart refers to specific Accused Products, Velocity asserts that any similarly functioning components also infringe the charted claims. |
| [1a] storing, in a memory, predefined spatial mapping matrices useful for transmitting data packets to a receiver; | The Accused Products store in a memory predefined spatial mapping matrices useful for transmitting data packets to a receiver.<br><br>The Accused Products store predefined spatial mapping matrices (also called beamforming steering matrices) in memory for use in transmitting data packets to receivers. For example, the Accused Products, in compliance with the 802.11ax Standard, compute a steering matrix that is applied to its transmitted signal. |

Case 5:26-cv-00103-RWS    Document 1-18    Filed 07/30/26    Page 4 of 105 PageID #: 737

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,083,401

> Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.

IEEE 802.11ax-2021 § 26.7.1 (emphasis added).

Further, the Accused Products define a spatial mapping matrix $Q_k$ for each subcarrier $k$; when beamforming is enabled, $Q_k$ is a beamforming steering matrix derived from a predefined, implementation-specific parameter (EXPANSION_MAT).

> $Q_k^{(i_{Seg})}$ is the spatial mapping matrix for the subcarrier $k$ in frequency segment $i_{Seg}$. For HE modulated fields, $Q_k^{(i_{Seg})}$ is a matrix with $N_{TX}$ rows and $N_{STS,r,total}$ columns. When beamforming or DL MU-MIMO is applied, $Q_k^{(i_{Seg})}$ is a beamforming or DL MU-MIMO steering matrix that is derived from the TXVECTOR parameter EXPANSION_MAT. The beamforming steering matrices and DL MU-MIMO steering matrices are implementation specific. If the TXVECTOR parameter BEAM_CHANGE is 1 or not present, then for pre-HE modulated fields $Q_k^{(i_{Seg})}$ is a column vector with $N_{TX}$ elements with element $i_{TX}$ being
>
> $\exp(-j2\pi k\Delta_{F,\,\text{Pre-HE}} T_{CS}^{i_{TX}})$, where $T_{CS}^{i_{TX}}$ represents the cyclic shift for the transmitter chain whose values are defined in 27.3.11.2.1; otherwise it is identical to the spatial mapping $Q_k^{(i_{Seg})}$ for HE modulated fields.

IEEE 802.11ax-2021 § 27.3.10 (emphasis added).

The Accused Products apply predefined spatial mapping matrices ($Q_k$) before the signal is sent out over the air.  The below excerpt from the 802.11ax Standard shows that the Accused Products use spatial mapping matrices ($Q_k$) for transmitting data packets to a receiver.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,083,401

If midambles are not present, the time domain waveform of the Data field of an HE PPDU that is not an HE TB PPDU for transmit chain $i_{TX}$, where $1 \leq i_{TX} \leq N_{TX}$, and frequency segment $i_{Seg}$ shall be as defined in Equation (27-108).

$$r_{\text{HE-Data}}^{(i_{Seg}, i_{TX})}(t) = \frac{1}{\sqrt{\sum_{r=0}^{N_{RU}-1} \alpha_r^2 |K_r|}} \sum_{n=0}^{N_{SYM}-1} w_{T_{\text{HE-Data}}}(t - nT_{SYM}) \sum_{r=0}^{N_{RU}-1} \frac{\alpha_r}{\sqrt{N_{STS,r,total}}}$$

$$\sum_{k \in K_r} \sum_{u=0}^{N_{user,r}-1} \sum_{m=1}^{N_{STS,r,u}} \left( \left[ Q_k^{(i_{Seg})} \right]_{i_{TX}, (M_{r,u}+m)} \tilde{D}_{k,m,n,r}^{(i_{Seg},u)} + P_{n+2+N_{\text{HE-SIG-A}}+N_{\text{HE-SIG-B}}} P_n^k \right)$$

$$\cdot \exp(j2\pi k \Delta_{F,\text{HE}}(t - nT_{SYM} - T_{GI,Data} - T_{CS,\text{HE}}(M_{r,u}+m)))$$

(27-108)

where

$T_{SYM}$     is defined in Table 27-12

$p_n$     is defined in 17.3.5.10

$P_n^k$     can be selected from Equation (27-101) to Equation (27-107) defined in 27.3.12.13, depending on the corresponding RU size

$T_{CS,\text{HE}}(M_{r,u}+m)$     represents the cyclic shift for space-time stream $M_{r,u}+m$ as defined in 27.3.11.2.2

$T_{GI,Data}$     is the guard interval duration as defined in Table 27-12

$\tilde{D}_{k,m,n,r}^{(i_{Seg},u)}$     is the transmitted constellation for user $u$ in the $r^{\text{th}}$ RU at subcarrier $k$, space-time stream $m$, and Data field OFDM symbol $n$ and is defined by Equation (27-109)

IEEE 802.11ax-2021 § 27.3.12.14 (emphasis added) (showing that the Accused Products utilize spatial mapping matrices ($Q_k$) for transmitting data packets).

The Accused Products, in compliance with the 802.11ax Standard, store in memory beamforming steering matrices. During operation, the Accused Products, using channel feedback, select a steering matrix that replaces the existing steering matrix. For example, the Accused Products store predefined codebook structures in memory and derive and store matrices for transmitting data packets.

Case 5:26-cv-00103-RWS    Document 1-18    Filed 07/30/26    Page 6 of 105 PageID #: 739

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,083,401

The HE Compressed Beamforming Report information contains the channel matrix elements indexed, first, by matrix angles in order shown in Table 9-71 and, second, by data and pilot subcarrier index from lowest frequency to highest frequency. An explanation of how these angles are generated from the beamforming feedback matrix $V$ is given in 19.3.12.3.6, where $Nc$ is the number of columns in a compressed beamforming feedback matrix determined by the Nc Index subfield of the HE MIMO Control field, and $Nr$ is the number of rows in a compressed beamforming feedback matrix determined by the Nr Index subfield of the HE MIMO Control field.

The beamforming feedback matrix $V$ is formed by the beamformee as follows. The beamformer transmits an HE sounding NDP with $N_{STS,NDP}$ space-time streams, where $N_{STS,NDP}$ takes a value between 2 and 8. Based on this HE sounding NDP, the beamformee estimates the $N_{RX,BFEE} \times N_{STS,NDP}$ channel, and based on that channel it determines a $Nr \times Nc$ orthogonal matrix $V$, where $Nr$ and $Nc$ satisfy Equation (9-1). $N_{RX,BFEE}$ is the number of receiver chains used to receive the HE sounding NDP at the beamformee.

IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added). ("The beamforming feedback matrix V is formed by the beamformee as follows. The beamformer transmits an HE sounding NDP with $N_{STS,NDP}$ space-time streams ….").

Further restrictions on $Nc$ are described in 27.2. The angles are quantized as defined in Table 9-74 with $b_\psi$ defined by the Codebook Information field of the HE MIMO Control field (see 9.4.1.64).

The HE Compressed Beamforming Report information has the structure and order defined in Table 9-91b, where $Na$ is the number of angles used for the compressed beamforming feedback matrix (see Table 9-71).

IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added) ("The angles are quantized as defined in Table 9-74 with $b_\psi$ defined by the Codebook Information field of the HE MIMO Control field.").

The Accused Products derive and store in memory the spatial mapping matrices. The Accused Products use the spatial mapping matrices for subsequent transmissions of data packets.

| | |
|---|---|
| | The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the HE sounding NDP.<br><br>After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ...., Q_{k,N_{user,r}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ ($0 \leq u \leq N_{user,r}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.<br><br>IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added). |
| **[1b]** iteratively transmitting one or more of the data packets to the receiver, each act of transmitting using a different one of the predefined spatial mapping matrices stored in the memory; | The Accused Products iteratively transmit one or more of the data packets to the receiver, each act of transmitting using a different one of the predefined spatial mapping matrices stored in the memory.<br><br>The Accused Products practice iterative MIMO transmissions using different spatial mapping matrices for each transmission attempt.<br><br>Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.<br><br>The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:<br><br>IEEE 802.11ax-2021 § 26.7.1 (emphasis added). |

The Accused Products transmit an HE sounding NDP (Null Data Packet) with a number of space-time streams (NSTS) as an initial training packet.

> The HE Compressed Beamforming Report information contains the channel matrix elements indexed, first, by matrix angles in order shown in Table 9-71 and, second, by data and pilot subcarrier index from lowest frequency to highest frequency. An explanation of how these angles are generated from the beamforming feedback matrix $V$ is given in 19.3.12.3.6, where $Nc$ is the number of columns in a compressed beamforming feedback matrix determined by the Nc Index subfield of the HE MIMO Control field, and $Nr$ is the number of rows in a compressed beamforming feedback matrix determined by the Nr Index subfield of the HE MIMO Control field.
>
> The beamforming feedback matrix $V$ is formed by the beamformee as follows. The beamformer transmits an HE sounding NDP with $N_{STS,NDP}$ space-time streams, where $N_{STS,NDP}$ takes a value between 2 and 8. Based on this HE sounding NDP, the beamformee estimates the $N_{RX,BFEE} \times N_{STS,NDP}$ channel, and based on that channel it determines a $Nr \times Nc$ orthogonal matrix $V$, where $Nr$ and $Nc$ satisfy Equation (9-1). $N_{RX,BFEE}$ is the number of receiver chains used to receive the HE sounding NDP at the beamformee.
>
> Further restrictions on $Nc$ are described in 27.2. The angles are quantized as defined in Table 9-74 with $b_\psi$ defined by the Codebook Information field of the HE MIMO Control field (see 9.4.1.64).

IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added).

The Accused Products use a predefined spatial mapping matrix to probe the wireless channel. After sounding, the Accused Products transmit subsequent data packets using a beamformed spatial mapping matrix. In compliance with the 802.11ax Standard, the Accused Products transmit a PPDU using a beamforming steering matrix.

Case 5:26-cv-00103-RWS    Document 1-18    Filed 07/30/26    Page 9 of 105 PageID #: 742

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,083,401

> high-efficiency (HE) beacon: A Beacon frame transmitted in a HE single-user (SU) physical layer (PHY) protocol data unit (PPDU).
>
> high-efficiency (HE) beamformee: An HE station (STA) that receives an HE physical layer (PHY) protocol data unit (PPDU) that was transmitted using a beamforming steering matrix.
>
> high-efficiency (HE) beamformer: An HE station (STA) that transmits an HE physical layer (PHY) protocol data unit (PPDU) using a beamforming steering matrix.

IEEE 802.11ax-2021 § 3.2 (emphasis added).

The Accused Products use a different predefined matrix (a beamforming steering matrix) to transmit subsequent data packets. The Accused Products, in compliance with the 802.11ax Standard, use the feedback matrix from the receiver to select the steering matrix $Q_k$ for the next data transmission.

> The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the HE sounding NDP.
>
> After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \dots, Q_{k,N_{user,t}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ ($0 \le u \le N_{user,t}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).

After each sounding exchange, the Accused Products select a new spatial matrix for subsequent packets. By transmitting one packet using a first spatial matrix (*e.g.*, the sounding packet) and then transmitting another packet using a second, different spatial matrix (the selected beamforming matrix), the Accused Products perform iterative transmissions with different predefined spatial mapping matrices.



IEEE 802.11ax-2021 § 26.7.3 (emphasis added) ("An HE TB sounding sequence is initiated by an HE beamformer with a broadcast HE NDP Announcement frame with two or more STA Info fields." (describes sounding sequence initiation)).

| [1c] receiving, from the receiver, channel estimates | The Accused Products receive, from the receiver, channel estimates responsive to iteratively transmitting the one or more data packets. |
| --- | --- |

| responsive to iteratively transmitting the one or more data packets; | The Accused Products obtain channel feedback (channel estimates) from the receiver in response to the iterative training transmissions.  After the Accused Products send the sounding packet(s), the receiver sends to the Accused Products a channel state estimate.<br><br>**26.7.1 General**<br><br>Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.<br><br>IEEE 802.11ax-2021 § 26.7.1 (emphasis added).<br><br>The beamformee (the receiver) sends a channel estimate based on the received training packet and returns this information to the Accused Products. The Accused Products, in compliance with the 802.11ax Standard, receive from the "HE beamformee . . . an estimate of the channel state in an HE Compressed Beamforming report." |

The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:

— SU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field.

— MU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field and HE MU Exclusive Beamforming Report field.

— CQI feedback: The HE compressed beamforming/CQI report consists of an HE CQI Report field.

NOTE—Use of HE TB sounding does not necessarily imply MU feedback. HE TB sounding is also used to obtain SU feedback and CQI feedback.

The HE compressed beamforming/CQI report is carried in a single HE Compressed Beamforming/CQI frame if the resulting frame is less than or equal to 11 454 octets in length (see 26.7.3). Otherwise, the HE beamforming feedback is segmented, and each segment is carried in an HE Compressed Beamforming/CQI frame.

IEEE 802.11ax-2021 § 26.7.1 (emphasis added).

The Accused Products receive from the receiver a feedback report, which contains the channel state information (CSI) in the form of a compressed beamforming matrix $V$, which represents the channel estimate. The Accused Products, in compliance with the 802.11ax Standard, use a beamforming feedback matrix $V$ that is sent by the receiver. The Accused Products receive, from the receiver, channel estimates responsive to the iteratively transmitted packets (*e.g.*, HE sounding NDPs or data packets containing HE-LTFs).

The Accused Products, in compliance with the 802.11ax Standard, receive channel state information from receiver(s) based on sounding packets. For example, the Accused Products, in compliance with the 802.11ax Standard, receive HE Compressed Beamforming/CQI frames.

The HE Compressed Beamforming/CQI frame is an Action No Ack frame of category HE. The Action field of an HE Compressed Beamforming/CQI frame contains the information shown in Table 9-526b.

**Table 9-526b—HE Compressed Beamforming/CQI frame Action field format**

| Order | Information |
|---|---|
| 1 | Category |
| 2 | HE Action |
| 3 | HE MIMO Control (see 9.4.1.64) |
| 4 | HE Compressed Beamforming Report (see 9.4.1.65) |
| 5 | HE MU Exclusive Beamforming Report (see 9.4.1.66) |
| 6 | HE CQI Report (see 9.4.1.67) |

The Category field is defined in Table 9-51.

The HE Action field is defined in Table 9-526a.

The presence and contents of the HE Compressed Beamforming Report field, HE MU Exclusive Beamforming Report field and HE CQI Report field are dependent on the values of the Feedback Type subfield of the HE MIMO Control field (see 9.4.1.65, 9.4.1.66, and 9.4.1.67).

IEEE 802.11ax-2021 § 9.6.31.2 (emphasis added) (These frames carry the HE Compressed Beamforming Report field (§ 9.4.1.65), HE MU Exclusive Beamforming Report field (§ 9.4.1.66), and/or HE CQI Report field (§ 9.4.1.67), which contain the channel estimates.).

The Accused Products receive channel estimates from the receiver wherein the channel estimates are responsive to the transmission of the sounding packet (*e.g.*, HE sounding NDP), which contains HE-LTFs constructed using the predefined matrices. *See, e.g.*, the HE non-TB sounding sequence in Figure 26-7 and HE TB sounding sequence in Figure 26-8.



An example of an HE non-TB sounding sequence with a single HE beamformee is shown in Figure 26-7.

**Figure 26-7—Example of HE non-TB sounding**

An HE beamformer that initiates the HE non-TB sounding sequence shall transmit the HE NDP Announcement frame with a single STA Info field, and the value in the AID11 field of that STA Info field shall be other than 2047 and set to the AID of the STA identified by the RA field or to 0 if the STA identified by the RA field is a mesh STA, AP, or IBSS member STA.

IEEE 802.11ax-2021 § 26.7.3 (emphasis added).

In compliance with the 802.11ax Standard, the Accused Products receive from the receiver "channel estimates" or "feedback" after receiving the beamformer's training data (*e.g.*, HE sounding NDP). The format and content of these frames received by the Accused Products include beamforming matrices and SNR information - channel estimates.

The HE CQI Report field carries the per-RU average SNRs of each space-time stream, where each per-RU average SNR is the arithmetic mean of the SNR in decibels over a 26-tone RU for which the feedback is being requested. The HE CQI Report field contains information about the quality of the link.

The size of the HE CQI Report field depends on the values in the HE MIMO Control field. The HE CQI Report field contains HE CQI Report information. HE CQI Report information is included in the HE compressed beamforming/CQI report if the Feedback Type subfield in the HE MIMO Control field indicates CQI feedback. If the HE MIMO Control field contains a Disallowed Subchannel Bitmap subfield, then the HE CQI Report field does not include information for tones that are included within 26-tone RUs that are indicated as disallowed by the bitmap.

IEEE 802.11ax-2021 § 9.4.1.67 (emphasis added) ("The HE CQI Report field carries the per-RU average SNRs of each space-time stream, where each per-RU average SNR is the arithmetic mean of the SNR in decibels over a 26-tone RU for which the feedback is being requested.  The HE CQI Report field contains information about the quality of the link." (describing "average SNRs" and "quality of the link")).

The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices $V$ for use by a transmit beamformer to determine steering matrices $Q$, as described in 10.34.3 and 19.3.12.3.

The size of the HE Compressed Beamforming Report field depends on the values in the HE MIMO Control field. The HE Compressed Beamforming Report field contains HE Compressed Beamforming Report information or successive (possibly zero-length) portions thereof in the case of segmented HE compressed beamforming/CQI report (see 26.7.4). HE Compressed Beamforming Report information is included in the HE compressed beamforming/CQI report if the Feedback Type subfield in the HE MIMO Control field indicates SU or MU. If the HE MIMO Control field contains a Disallowed Subchannel Bitmap subfield, then the HE Compressed Beamforming Report field does not include information for tones that are included within 242-tone RUs that are indicated as disallowed by the bitmap.

IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added) ("The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices V

Case 5:26-cv-00103-RWS    Document 1-18    Filed 07/30/26    Page 16 of 105 PageID #: 749

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,083,401

| | |
|---|---|
| | for use by a transmit beamformer to determine steering matrices Q." (describing the content of the channel estimate)). |
| [1d] selecting, based on the received channel estimates, one of the predefined spatial mapping matrices stored in the memory for use in transmitting one or more additional data packets to the receiver; and | The Accused Products select, based on the received channel estimates, one of the predefined spatial mapping matrices stored in the memory for use in transmitting one or more additional data packets to the receiver.<br><br>The Accused Products use channel feedback from the receiver to select a spatial mapping matrix for transmitting one or more additional data packets to the receiver. The Accused Products, in compliance with the 802.11ax Standard, use the channel estimate(s) received from the receiver to select "the steering matrix" for transmission.<br><br>Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.<br><br>IEEE 802.11ax-2021 § 26.7.1 (emphasis added) ("sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix" (the Accused Products use the estimate to select the matrix)).<br><br>The Accused Products receive the channel estimates and, based on the channel estimates, determine which predefined spatial mapping/steering matrix will optimize the next transmission. The Accused Products receive channel estimates including HE Compressed Beamforming Reports which contain feedback matrices V "for use by a transmit beamformer to determine steering matrices Q." |

> The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices $V$ for use by a transmit beamformer to determine steering matrices $Q$, as described in 10.34.3 and 19.3.12.3.
>
> The size of the HE Compressed Beamforming Report field depends on the values in the HE MIMO Control field. The HE Compressed Beamforming Report field contains HE Compressed Beamforming Report information or successive (possibly zero-length) portions thereof in the case of segmented HE compressed beamforming/CQI report (see 26.7.4). HE Compressed Beamforming Report information is included in the HE compressed beamforming/CQI report if the Feedback Type subfield in the HE MIMO Control field indicates SU or MU. If the HE MIMO Control field contains a Disallowed Subchannel Bitmap subfield, then the HE Compressed Beamforming Report field does not include information for tones that are included within 242-tone RUs that are indicated as disallowed by the bitmap.

IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added).

For example, the Accused Products, in single-user beamforming, use the feedback matrix V from the receiver ($V_{k,0}$) to select the steering matrix ($Q_k$) for the subsequent data packet transmission.

> The DL MU-MIMO steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}]$ can be determined by the beamformer using the beamforming feedback for subcarrier $k$ from beamformee $u$, where $u = 0, 1, \ldots, N_{user,r} - 1$. The feedback report format is described in 9.4.1.65 and 9.4.1.66. The steering matrix that is computed (or updated) using new beamforming feedback from some or all of participating beamformees might replace the existing steering matrix $Q_k$ for the next DL MU-MIMO data transmission.
>
> For SU-MIMO beamforming, the steering matrix $Q_k$ can be determined from the beamforming feedback matrix $V_k$ that is sent back to the beamformer by the beamformee using the compressed beamforming feedback matrix format as defined in 19.3.12.3.6. The feedback report format is described in 9.4.1.65.

IEEE 802.11ax-2021 § 27.3.16.1 (emphasis added) ("the steering matrix $Q_k$ can be determined by the beamformer using the beamforming feedback matrix $V_k$ that is sent back to the beamformer by the beamformee" (describing that the matrix $Q_k$ is determined from channel estimates received from the receiver)).

The Accused Products use the sounding protocol and the received channel estimates to select the appropriate spatial mapping matrix for subsequent data transmissions to the receiver(s). In compliance with the 802.11ax Standard, the Accused Products use the feedback data to determine the determine the spatial mapping matrices.

 $Q_k^{(i_{Seg})}$ is the spatial mapping matrix for the subcarrier $k$ in frequency segment $i_{Seg}$. For HE modulated fields, $Q_k^{(i_{Seg})}$ is a matrix with $N_{TX}$ rows and $N_{STS,r,total}$ columns. When beamforming or DL MU-MIMO is applied, $Q_k^{(i_{Seg})}$ is a beamforming or DL MU-MIMO steering matrix that is derived from the TXVECTOR parameter EXPANSION_MAT. The beamforming steering matrices and DL MU-MIMO steering matrices are implementation specific. If the TXVECTOR parameter BEAM_CHANGE is 1 or not present, then for pre-HE modulated fields $Q_k^{(i_{Seg})}$ is a column vector with $N_{TX}$ elements with element $i_{TX}$ being $\exp(-j2\pi k\Delta_{F,\,\text{Pre-HE}}T_{CS}^{i_{TX}})$, where $T_{CS}^{i_{TX}}$ represents the cyclic shift for the transmitter chain whose values are defined in 27.3.11.2.1; otherwise it is identical to the spatial mapping $Q_k^{(i_{Seg})}$ for HE modulated fields.

IEEE 802.11ax-2021 § 27.3.10 (emphasis added) ("Q$_k$$^{(iSeg)}$ is a beamforming or DL MU-MIMO steering matrix that is derived from the TXVECTOR parameter EXPANSION_MAT.").

The Accused Products select, based on the received channel estimates, a predefined spatial mapping matrix for use in transmitting additional data packets to the receiver. The subsequent data packet transmission requires an HE-LTF field. The construction of this HE-LTF field requires the application of the predefined spatial mapping matrices (P matrices) stored in memory and the number of HE-LTF symbols (NHE-LTF) needed for the subsequent transmission is determined based on the number of spatial streams being transmitted (NSTS), which is chosen based on the channel estimates received by the Accused Products.

Case 5:26-cv-00103-RWS    Document 1-18    Filed 07/30/26    Page 19 of 105 PageID #: 752

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,083,401

$A_{HE\text{-}LTF}^{k}$ is given by Equation (27-55).

$$A_{HE\text{-}LTF}^{k} = \begin{cases} R_{HE\text{-}LTF}, & \text{if } k \in K_{Pilot} \text{ and HE single stream pilot HE-LTF mode is used} \\ P_{HE\text{-}LTF}, & \text{otherwise} \end{cases} \quad (27\text{-}55)$$

where
$K_{Pilot}$     is the set of subcarrier indices for the pilot subcarriers as defined in 27.3.2.4

$R_{HE\text{-}LTF}$     is a $N_{HE\text{-}LTF} \times N_{HE\text{-}LTF}$ matrix whose elements are defined in Equation (27-56)

$$\left[ R_{HE\text{-}LTF} \right]_{m,n} = \left[ P_{HE\text{-}LTF} \right]_{1,n}, \quad 1 \leq m, n \leq N_{HE\text{-}LTF} \quad (27\text{-}56)$$

$P_{HE\text{-}LTF}$     is defined in Equation (27-57)

$$P_{HE\text{-}LTF} = \begin{cases} P_{4 \times 4}, & N_{HE\text{-}LTF} = 1, 2, 4 \\ P_{6 \times 6}, & N_{HE\text{-}LTF} = 6 \\ P_{8 \times 8}, & N_{HE\text{-}LTF} = 8 \end{cases} \quad (27\text{-}57)$$

where $P_{4 \times 4}$ is defined in Equation (19-27), $P_{6 \times 6}$ is defined in Equation (21-44), and $P_{8 \times 8}$ is defined in Equation (21-45)

IEEE 802.11ax-2021 § 27.3.11.10 (emphasis added) (The choice of NHE-LTF determines which predefined matrix (P4x4, P6x6, or P8x8) is selected from memory for constructing the HE-LTF field, according to Equation (27-57).).

| [1e] selecting another one of the predefined spatial mapping matrices when a reception quality metric associated with the one or more additional data packets transmitted to the receiver fails to meet a reception quality metric threshold. | The Accused Products select another one of the predefined spatial mapping matrices when a reception quality metric associated with the one or more additional data packets transmitted to the receiver fails to meet a reception quality metric threshold.<br><br>Specifically, the Accused Products use SU-MIMO and MU-MIMO techniques to transmit data packets using spatial mapping matrices. The Accused Products (acting as beamformers), employ spatial mapping matrices, derived from channel state information (CSI) obtained via the HE sounding protocol. |

> Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.
>
> The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:
>
> — SU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field.
> — MU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field and HE MU Exclusive Beamforming Report field.
> — CQI feedback: The HE compressed beamforming/CQI report consists of an HE CQI Report field.

IEEE 802.11ax-2021 § 26.7.1 (emphasis added).

The Accused Products use codebooks of predefined spatial mapping matrices when reception quality metrics fall below a defined threshold. The Accused Products, in compliance with the 802.11ax Standard, use the HE sounding protocol, where the beamformer transmits an HE sounding NDP and the beamformee (receiver) responds with feedback.



IEEE 802.11ax-2021 § 27.3.17 (emphasis added).

The 802.11ax Standard requires continuous link adaptation when channel quality degrades. For example, § 26.15.3 mandates that "[a]n HE STA shall follow the rules defined in 10.6 and 26.15.4 for selecting the rate, MCS, and NSS …"

### 26.15.3 MCS, NSS, BW, and DCM selection

An HE STA shall follow the rules defined in 10.6 and 26.15.4 for selecting the rate, MCS, and NSS and the rules defined in 10.3.2.7, 10.3.2.9, 10.6.6.6, and 10.6.12 for selecting the channel width (BW) of transmitted PPDUs with the following exceptions:

— HE-MCS, NSS, and BW selection for an HE TB PPDU is defined in 26.5.2.3.

— Rate and BW selection for a CTS sent in response to an MU-RTS Trigger frame is defined in 26.2.6.

— A STA that transmits a Control frame carried in a non-HT PPDU that is a response to a frame received in an HE ER SU PPDU shall set the rate of the non-HT PPDU to 6 Mb/s.

— A STA that transmits a Control frame that is an S-MPDU carried in an HE ER SU PPDU and that is a response to a frame received in an HE ER SU PPDU shall use the <HE-MCS, NSS> tuple <HE-MCS 0, 1>.

— NSS and BW selection is further constrained as defined in 11.40, 26.9, 26.15.2, 26.15.4 through 26.15.8, and 26.17.

An HE STA that transmits an HE PPDU to a receiving STA shall use an <HE-MCS, NSS> tuple that is supported by the receiving STA as indicated by the Supported HE-MCS And NSS Set field in the HE Capabilities element that the receiving STA transmits. If the Supported HE-MCS and NSS set of a receiving STA is not known, the transmitting STA shall transmit using a <HE-MCS, NSS> tuple in the basic HE-MCS and NSS set if the basic HE-MCS and NSS set is not empty. Otherwise, the transmitting STA shall transmit using a <HE-MCS, NSS> tuple in the mandatory HE-MCS and NSS set. An HE STA is subject to all of the rules for HT STAs and VHT STAs that apply to its operating band (see 10.27).

IEEE 802.11ax-2021 § 26.15.3 (emphasis added).

Section 26.15.4 specifies that "An HE STA shall not, unless explicitly stated otherwise, transmit an HE PPDU, unless the <HE-MCS, NSS> tuple and bandwidth used are in the receive HE-MCS and NSS set of the receiving HE STA(s)."

An HE STA shall not, unless explicitly stated otherwise, transmit an HE PPDU, unless the <HE-MCS, NSS> tuple and bandwidth used are in the receive HE-MCS and NSS set of the receiving HE STA(s).

IEEE 802.11ax-2021 § 26.15.4.1 (emphasis added).

The Accused Products receive feedback from receivers in the form of an HE Compressed Beamforming Report, which provides "transformed estimate[s] of the channel state." The channel estimates received by the Accused Products are derived from quantized angles ($\phi$, $\psi$). The possible steering matrices (Q) derived from this feedback belong to a limited, predefined set - a codebook of spatial mappings available to the Accused Products as shown in the below excerpt.

> Upon receipt of an HE sounding NDP, the beamformee computes a set of matrices for feedback to the beamformer as described in 21.3.11.2. The eligible beamformees shall remove the space-time stream CSD in Table 21-11 from the measured channel before computing a set of matrices for feedback to the beamformer.
>
> The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ in RU $r$ shall be compressed in the form of angles using the method described in 19.3.12.3.6. The angles, $\phi(k,u)$ and $\psi(k,u)$, are quantized according to Table 9-74 with $b_\psi$ defined by the Codebook Information field of the HE MIMO Control field (see 9.4.1.64). The compressed beamforming feedback matrix as defined in 19.3.12.3.6 is the only Clause 27 beamforming feedback matrix defined.

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).("The beamforming feedback matrix, $V_{k,u}$, ... [is] compressed in the form of angles… The angles $\phi(k,u)$ and $\psi(k,u)$ are quantized according to Table 9-74 with $b\psi$ defined by the Codebook Information field of the HE MIMO Control field").

The Accused Products use the received channel estimates (V matrix, angles) to "derive the steering matrix $Q_k$," selecting a matrix from this codebook that is best suited for the channel conditions.

> Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).

The Accused Products monitor the quality of reception experienced by the receivers to which they are transmitting data packets. This monitoring by the Accused products allows the Accused Products to maintain an efficient and robust link to the receiver(s). For example, the Accused Products receive a HE CQI Report field which contains the "the per-RU average SNRs of each space-time stream"

> The HE CQI Report field carries the per-RU average SNRs of each space-time stream, where each per-RU average SNR is the arithmetic mean of the SNR in decibels over a 26-tone RU for which the feedback is being requested. The HE CQI Report field contains information about the quality of the link.
>
> The size of the HE CQI Report field depends on the values in the HE MIMO Control field. The HE CQI Report field contains HE CQI Report information. HE CQI Report information is included in the HE compressed beamforming/CQI report if the Feedback Type subfield in the HE MIMO Control field indicates CQI feedback. If the HE MIMO Control field contains a Disallowed Subchannel Bitmap subfield, then the HE CQI Report field does not include information for tones that are included within 26-tone RUs that are indicated as disallowed by the bitmap.

IEEE 802.11ax-2021 § 9.4.1.67 (emphasis added) (Providing the Accused Products with a metric of signal quality at the receiver. High SNR values typically indicate a strong signal relative to noise and interference (showing good reception quality).).

The Accused Products monitor reception based on the failure rate of data packet transmissions. Specifically, the MAC layer in the Accused Products relies on acknowledgments (ACKs) to confirm successful packet reception. A lack of ACK triggers retransmissions, allowing the Accused Products to

track the packet error rate (PER) and overall throughput for the link to a specific receiver.  The reception quality metrics include specific reception quality metric thresholds, for example a packet error rate of "< 10%." The feedback received by the Accused Products (SNR from CQI/MFB, PER, data throughput) are reception quality metrics associated with the one or more additional data packets transmitted to the receiver.

### 27.3.20.2 Receiver minimum input sensitivity

The packet error rate (PER) shall be less than 10% for a PSDU with the rate-dependent input levels listed in Table 27-51. The PSDU length shall be 2048 octets for BPSK modulation with DCM or 4096 octets for all other modulations.

**Table 27-51—Receiver minimum input level sensitivity**

| Modulation | | Rate (R) | Minimum sensitivity (20 MHz PPDU) (dBm) | Minimum sensitivity (40 MHz PPDU) (dBm) | Minimum sensitivity (80 MHz PPDU) (dBm) | Minimum sensitivity (160 MHz or 80+80 MHz PPDU) (dBm) |
|---|---|---|---|---|---|---|
| Without DCM | With DCM | | | | | |
| N/A | BPSK | 1/2 | −82 | −79 | −76 | −73 |
| BPSK | QPSK | 1/2 | −82 | −79 | −76 | −73 |
| QPSK | 16-QAM | 1/2 | −79 | −76 | −73 | −70 |
| QPSK | 16-QAM | 3/4 | −77 | −74 | −71 | −68 |
| 16-QAM | N/A | 1/2 | −74 | −71 | −68 | −65 |

IEEE 802.11ax-2021 § 27.3.20.2 (emphasis added).

If the reception quality metric for ongoing transmissions of data packets fails to meet a defined threshold, the Accused Products select another spatial mapping matrix from the codebook. When the Accused Products detect that the reception quality metric for a receiver is below its threshold (*e.g.*, CQI reports show low SNR, or MAC indicates high PER/low throughput), the accused products select a new spatial mapping matrix.  For example, the Accused Products can start a new HE sounding procedure. Initiating a new HE sounding procedure yields updated channel estimates (V matrix).  The Accused

Products will derive a new steering matrix (Q) from the codebook to better match the current channel and improve the reception quality metric.



An HE TB sounding sequence is initiated by an HE beamformer with a broadcast HE NDP Announcement frame with two or more STA Info fields, followed after a SIFS by an HE sounding NDP, followed after a SIFS by a BFRP Trigger frame. Each HE beamformee responds after a SIFS with an HE Compressed Beamforming/CQI frame.

An example of an HE TB sounding sequence with more than one HE beamformee is shown in Figure 26-8.

IEEE 802.11ax-2021 § 26.7.3 (emphasis added).

The Accused Products receive from a receiver a resounding request based on poor downlink quality (*e.g.*, high PER on received packets). The Accused Products will receive from a receiver a DL MU-MIMO Resound Recommendation field in the OM Control subfield, which "indicate[s] that the STA suggests that the AP either resound the channel or increase the channel sounding frequency." On receiving this resounding request, the Accused Products will select an updated spatial mapping matrix based on the receiver's observation of degraded quality.

> An OMI initiator that is a non-AP STA may set the DL MU-MIMO Resound Recommendation subfield to 1 in the OM Control field in frames addressed to an OMI responder that is an AP to indicate that the non-AP STA suggests that the AP resound the channel with the non-AP STA. An OMI initiator that is a non-AP STA and that has no recommendation on the AP's DL MU-MIMO operation shall set DL MU-MIMO Resound Recommendation subfield to 0.
>
> An OMI responder that receives a frame that carries an OM Control field with the DL MU-MIMO Resound Recommendation field equal to 1 from an OMI initiator may resound the channel or increase the frequency of the channel sounding with the OMI initiator if the OMI responder sends a DL MU-MIMO PPDU addressed to the OMI initiator.

IEEE 802.11ax-2021 § 26.9.2 (emphasis added).

The Accused Products will select a different spatial mapping matrix from its codebook when reception quality falls below a threshold. Specifically, the Accused Products set the BEAM_CHANGE parameter to "1" in the TXVECTOR.

The HE-SIG-A field for an HE SU PPDU or an HE ER SU PPDU contains the fields listed in Table 27-18.

**Table 27-18—HE-SIG-A field of an HE SU PPDU and HE ER SU PPDU**

| Bit | Field | Number of bits | Description |
|---|---|---|---|
| HE-SIG-A1 subfield of HE-SIG-A field | | | |
| B0 | Format | 1 | Differentiate an HE SU PPDU and HE ER SU PPDU from an HE TB PPDU: Set to 1 for an HE SU PPDU and HE ER SU PPDU. |
| B1 | Beam Change | 1 | Set to 1 to indicate that the pre-HE modulated fields of the PPDU may be spatially mapped differently from the first symbol of the HE-LTF. Equation (27-6), Equation (27-9), Equation (27-12), Equation (27-14), Equation (27-16), and Equation (27-18) apply if the Beam Change field is 1. Set to 0 to indicate that the pre-HE modulated fields of the PPDU are spatially mapped the same way as the first symbol of the HE-LTF on each subcarrier. Equation (27-8), Equation (27-10), Equation (27-13), Equation (27-15), Equation (27-17), and Equation (27-19) apply if the Beam Change field is 0. |

IEEE 802.11ax-2021 § 27.3.11.7.2 (emphasis added).

The Accused Products set the BEAM_CHANGE parameter to "1" in the HE-SIG-A field, which signals "that the spatial mapping of the pre-HE modulated fields of the PPDU may be spatially mapped differently from the first symbol of the HE-LTF."

If the TXVECTOR parameter BEAM_CHANGE is 1 or not present, the time domain waveform for the HE-SIG-A field of an HE SU PPDU, HE MU PPDU, and HE TB PPDU, transmitted on frequency segment $i_{Seg}$ and transmit chain $i_{TX}$, shall be as specified in Equation (27-16).

$$r_{\text{HE-SIG-A}}^{(i_{Seg}, i_{TX})}(t) = \frac{1}{\sqrt{N_{TX} \cdot N_{\text{HE-SIG-A}}^{\text{Tone}} \cdot \frac{|\Omega_{20\text{MHz}}|}{N_{20\text{MHz}}}}} \sum_{n=0}^{1} w_{T_{SYML}}(t - nT_{SYML}) \tag{27-16}$$

$$\sum_{i_{BW} \in \Omega_{20\text{MHz}}} \sum_{k=-28}^{28} \eta_{\text{HE-SIG-A}, k} \left( \begin{array}{c} \Upsilon_{(k-K_{\text{Shift}}(i_{BW})), \text{BW}}(D_{k, n, 20} + P_{n+2}P_k) \\ \cdot \exp(j2\pi(k - K_{\text{Shift}}(i_{BW}))\Delta_{F, \text{Pre-HE}}(t - nT_{SYML} - T_{GI, \text{Pre-HE}} - T_{CS}^{i_{TX}})) \end{array} \right)$$

where

$T_{SYML}$     is given in Table 27-12

$K_{\text{Shift}}(i) = (N_{20\text{MHz}} - 1 - 2i) \cdot 32$

$D_{k, n, 20} = \begin{cases} 0, & k = 0, \pm 7, \pm 21 \\ d_{M_{20}'(k), n}, & \text{otherwise} \end{cases}$

IEEE 802.11ax-2021 § 27.3.11.7.4 (emphasis added).

When the reception quality metric fails to meet the threshold, the Accused Products use the available feedback (*e.g*, CQI) to select another spatial mapping matrix from its codebook. This matrix is selected by the Accused Products to improve the reception quality metric (*e.g.*, raise SNR, reduce PER) for subsequent "additional data packets transmitted to the receiver."

| | |
|---|---|
| | The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the HE sounding NDP. |
| | After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ ($0 \leq u \leq N_{user,r}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific. |
| | IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added). |
| | When the monitored quality of reception falls below a threshold—*i.e.*, when the reported SNR no longer supports a higher MCS—the Accused Products must adjust by transmitting subsequent data packets at a lower MCS or by requesting updated CQI/beamforming feedback through a new sounding procedure. *See* 802.11ax-2021 § 26.7.3 ("An HE beamformee that receives an HE NDP Announcement frame soliciting SU feedback as part of an HE non-TB sounding sequence shall generate an HE compressed beamforming/CQI report for SU feedback . . . . The HE beamformee shall transmit the HE compressed beamforming/CQI report a SIFs after the HE sounding NDP."). |
| [2] The method as described in claim 1, wherein the reception quality metric is a data rate associated with the one or more additional data packets and the reception quality metric threshold is a minimum data rate. | The Accused Products perform the method of claim 1, wherein the reception quality metric is a data rate associated with the one or more additional data packets and the reception quality metric threshold is a minimum data rate. |
| | The Accused Products, in compliance with the 802.11ax Standard, measure reception quality using data rate, which is determined by the Modulation and Coding Scheme (MCS) index employed. The 802.11-2020 Standard (which 802.11ax is an amendment to) specifies that "DATARATE" is a PHY parameter representing the rate at which data is transmitted, and that successful operation requires meeting minimum thresholds. |

The start of an OFDM transmission at a receive level greater than or equal to the minimum modulation and coding rate sensitivity (−82 dBm for 20 MHz channel spacing, −85 dBm for 10 MHz channel spacing, and −88 dBm for 5 MHz channel spacing) shall cause CS/CCA to detect a channel busy condition with a probability > 90% within 4 µs for 20 MHz channel spacing, 8 µs for 10 MHz channel spacing, and 16 µs for 5 MHz channel spacing.

IEEE 802.11-2020 § 17.3.10.6 (emphasis added).

These minimum modulation and coding rate sensitivities define the threshold reception conditions for sustaining a given data rate. If the receiver cannot sustain that minimum data rate, the transmission fails to meet the threshold.

The 802.11-2020 Standard further ties reception quality directly to data rate through MCS operation:

**Table 19-27—MCS parameters for mandatory 20 MHz, $N_{SS}$ = 1, $N_{ES}$ = 1**

| MCS Index | Modulation | R | $N_{BPSCS}(i_{SS})$ | $N_{SD}$ | $N_{SP}$ | $N_{CBPS}$ | $N_{DBPS}$ | Data rate (Mb/s) 800 ns GI | Data rate (Mb/s) 400 ns GI (see NOTE) |
|---|---|---|---|---|---|---|---|---|---|
| 0 | BPSK | 1/2 | 1 | 52 | 4 | 52 | 26 | 6.5 | 7.2 |
| 1 | QPSK | 1/2 | 2 | 52 | 4 | 104 | 52 | 13.0 | 14.4 |
| 2 | QPSK | 3/4 | 2 | 52 | 4 | 104 | 78 | 19.5 | 21.7 |
| 3 | 16-QAM | 1/2 | 4 | 52 | 4 | 208 | 104 | 26.0 | 28.9 |
| 4 | 16-QAM | 3/4 | 4 | 52 | 4 | 208 | 156 | 39.0 | 43.3 |
| 5 | 64-QAM | 2/3 | 6 | 52 | 4 | 312 | 208 | 52.0 | 57.8 |
| 6 | 64-QAM | 3/4 | 6 | 52 | 4 | 312 | 234 | 58.5 | 65.0 |
| 7 | 64-QAM | 5/6 | 6 | 52 | 4 | 312 | 260 | 65.0 | 72.2 |

NOTE—Support of 400 ns GI is optional on transmit and receive.

IEEE 802.11-2020 § 19.5 (Table 19-27) (emphasis added) (listing each MCS index with columns for modulation, R (coding rate), and data rate). Each MCS index uniquely maps to a modulation and coding scheme to a data rate.

| | |
|---|---|
| [4] The method as described in claim 1 further comprising selecting, for subsequent data transmissions, different ones of the predefined spatial mapping matrices until a reception quality metric associated with the subsequent data | The Accused Products perform the method of claim 1, further comprising selecting, for subsequent data transmissions, different ones of the predefined spatial mapping matrices until a reception quality metric associated with the subsequent data transmissions meets the reception quality metric threshold. <br><br> The Accused Products monitor the quality of reception experienced by the receivers to which they are transmitting data packets. This monitoring by the Accused products allows the Accused Products to maintain an efficient and robust link to the receiver(s). For example, the Accused Products receive a HE CQI Report field which contains the "the per-RU average SNRs of each space-time stream" |

| | |
|---|---|
| transmissions meets the reception quality metric threshold. | The HE CQI Report field carries the per-RU average SNRs of each space-time stream, where each per-RU average SNR is the arithmetic mean of the SNR in decibels over a 26-tone RU for which the feedback is being requested. The HE CQI Report field contains information about the quality of the link.<br><br>The size of the HE CQI Report field depends on the values in the HE MIMO Control field. The HE CQI Report field contains HE CQI Report information. HE CQI Report information is included in the HE compressed beamforming/CQI report if the Feedback Type subfield in the HE MIMO Control field indicates CQI feedback. If the HE MIMO Control field contains a Disallowed Subchannel Bitmap subfield, then the HE CQI Report field does not include information for tones that are included within 26-tone RUs that are indicated as disallowed by the bitmap. |
| | IEEE 802.11ax-2021 § 9.4.1.67 (emphasis added) (Providing the Accused Products with a metric of signal quality at the receiver. High SNR values typically indicate a strong signal relative to noise and interference (showing good reception quality).).<br><br>The 802.11ax Standard requires continuous link adaptation when channel quality degrades. For example, § 26.15.3 mandates that "[a]n HE STA shall follow the rules defined in 10.6 and 26.15.4 for selecting the rate, MCS, and NSS …" |

**26.15.3 MCS, NSS, BW, and DCM selection**

An HE STA shall follow the rules defined in 10.6 and 26.15.4 for selecting the rate, MCS, and NSS and the rules defined in 10.3.2.7, 10.3.2.9, 10.6.6.6, and 10.6.12 for selecting the channel width (BW) of transmitted PPDUs with the following exceptions:

— HE-MCS, NSS, and BW selection for an HE TB PPDU is defined in 26.5.2.3.

— Rate and BW selection for a CTS sent in response to an MU-RTS Trigger frame is defined in 26.2.6.

— A STA that transmits a Control frame carried in a non-HT PPDU that is a response to a frame received in an HE ER SU PPDU shall set the rate of the non-HT PPDU to 6 Mb/s.

— A STA that transmits a Control frame that is an S-MPDU carried in an HE ER SU PPDU and that is a response to a frame received in an HE ER SU PPDU shall use the <HE-MCS, NSS> tuple <HE-MCS 0, 1>.

— NSS and BW selection is further constrained as defined in 11.40, 26.9, 26.15.2, 26.15.4 through 26.15.8, and 26.17.

An HE STA that transmits an HE PPDU to a receiving STA shall use an <HE-MCS, NSS> tuple that is supported by the receiving STA as indicated by the Supported HE-MCS And NSS Set field in the HE Capabilities element that the receiving STA transmits. If the Supported HE-MCS and NSS set of a receiving STA is not known, the transmitting STA shall transmit using a <HE-MCS, NSS> tuple in the basic HE-MCS and NSS set if the basic HE-MCS and NSS set is not empty. Otherwise, the transmitting STA shall transmit using a <HE-MCS, NSS> tuple in the mandatory HE-MCS and NSS set. An HE STA is subject to all of the rules for HT STAs and VHT STAs that apply to its operating band (see 10.27).

IEEE 802.11ax-2021 § 26.15.3 (emphasis added).

Section 26.15.4 specifies that "An HE STA shall not, unless explicitly stated otherwise, transmit an HE PPDU, unless the <HE-MCS, NSS> tuple and bandwidth used are in the receive HE-MCS and NSS set of the receiving HE STA(s)."

An HE STA shall not, unless explicitly stated otherwise, transmit an HE PPDU, unless the <HE-MCS, NSS> tuple and bandwidth used are in the receive HE-MCS and NSS set of the receiving HE STA(s).

IEEE 802.11ax-2021 § 26.15.4.1 (emphasis added).

Case 5:26-cv-00103-RWS   Document 1-18   Filed 07/30/26   Page 35 of 105 PageID #: 768

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,083,401

The Accused Products monitor reception based on the failure rate of data packet transmissions. Specifically, the MAC layer in the Accused Products relies on acknowledgments (ACKs) to confirm successful packet reception. A lack of ACK triggers retransmissions, allowing the Accused Products to track the packet error rate (PER) and overall throughput for the link to a specific receiver. The reception quality metrics include specific reception quality metric thresholds, for example a packet error rate of "< 10%." The feedback received by the Accused Products (SNR from CQI/MFB, PER, data throughput) are reception quality metrics associated with the one or more additional data packets transmitted to the receiver.

### 27.3.20.2 Receiver minimum input sensitivity

The packet error rate (PER) shall be less than 10% for a PSDU with the rate-dependent input levels listed in Table 27-51. The PSDU length shall be 2048 octets for BPSK modulation with DCM or 4096 octets for all other modulations.

**Table 27-51—Receiver minimum input level sensitivity**

| Modulation | | Rate (R) | Minimum sensitivity (20 MHz PPDU) (dBm) | Minimum sensitivity (40 MHz PPDU) (dBm) | Minimum sensitivity (80 MHz PPDU) (dBm) | Minimum sensitivity (160 MHz or 80+80 MHz PPDU) (dBm) |
|---|---|---|---|---|---|---|
| Without DCM | With DCM | | | | | |
| N/A | BPSK | 1/2 | −82 | −79 | −76 | −73 |
| BPSK | QPSK | 1/2 | −82 | −79 | −76 | −73 |
| QPSK | 16-QAM | 1/2 | −79 | −76 | −73 | −70 |
| QPSK | 16-QAM | 3/4 | −77 | −74 | −71 | −68 |
| 16-QAM | N/A | 1/2 | −74 | −71 | −68 | −65 |

IEEE 802.11ax-2021 § 27.3.20.2 (emphasis added).

If the reception quality metric for ongoing transmissions of data packets fails to meet a defined threshold, the Accused Products select another spatial mapping matrix from the codebook. When the

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,083,401

Accused Products detect that the reception quality metric for a receiver is below its threshold (*e.g.*, CQI reports show low SNR, or MAC indicates high PER/low throughput), the accused products select a new spatial mapping matrix. For example, the Accused Products can start a new HE sounding procedure. Initiating a new HE sounding procedure yields updated channel estimates (V matrix). The Accused Products will derive a new steering matrix (Q) from the codebook to better match the current channel and improve the reception quality metric.



An HE TB sounding sequence is initiated by an HE beamformer with a broadcast HE NDP Announcement frame with two or more STA Info fields, followed after a SIFS by an HE sounding NDP, followed after a SIFS by a BFRP Trigger frame. Each HE beamformee responds after a SIFS with an HE Compressed Beamforming/CQI frame.

An example of an HE TB sounding sequence with more than one HE beamformee is shown in Figure 26-8.

IEEE 802.11ax-2021 § 26.7.3 (emphasis added).

The Accused Products receive from a receiver a resounding request based on poor downlink quality (*e.g.*, high PER on received packets). The Accused Products will receive from a receiver a DL MU-MIMO Resound Recommendation field in the OM Control subfield, which "indicate[s] that the STA

| | |
|---|---|
| | suggests that the AP either resound the channel or increase the channel sounding frequency." On receiving this resounding request, the Accused Products will select an updated spatial mapping matrix based on the receiver's observation of degraded quality. <br><br> An OMI initiator that is a non-AP STA may set the DL MU-MIMO Resound Recommendation subfield to 1 in the OM Control field in frames addressed to an OMI responder that is an AP to indicate that the non-AP STA suggests that the AP resound the channel with the non-AP STA. An OMI initiator that is a non-AP STA and that has no recommendation on the AP's DL MU-MIMO operation shall set DL MU-MIMO Resound Recommendation subfield to 0. <br><br> An OMI responder that receives a frame that carries an OM Control field with the DL MU-MIMO Resound Recommendation field equal to 1 from an OMI initiator may resound the channel or increase the frequency of the channel sounding with the OMI initiator if the OMI responder sends a DL MU-MIMO PPDU addressed to the OMI initiator. <br><br> IEEE 802.11ax-2021 § 26.9.2 (emphasis added). <br><br> The Accused Products will select a different spatial mapping matrix from its codebook when reception quality falls below a threshold. Specifically, the Accused Products set the BEAM_CHANGE parameter to "1" in the TXVECTOR. |

The HE-SIG-A field for an HE SU PPDU or an HE ER SU PPDU contains the fields listed in Table 27-18.

**Table 27-18—HE-SIG-A field of an HE SU PPDU and HE ER SU PPDU**

| Bit | Field | Number of bits | Description |
|---|---|---|---|
| HE-SIG-A1 subfield of HE-SIG-A field | | | |
| B0 | Format | 1 | Differentiate an HE SU PPDU and HE ER SU PPDU from an HE TB PPDU: Set to 1 for an HE SU PPDU and HE ER SU PPDU. |
| B1 | Beam Change | 1 | Set to 1 to indicate that the pre-HE modulated fields of the PPDU may be spatially mapped differently from the first symbol of the HE-LTF. Equation (27-6), Equation (27-9), Equation (27-12), Equation (27-14), Equation (27-16), and Equation (27-18) apply if the Beam Change field is 1. Set to 0 to indicate that the pre-HE modulated fields of the PPDU are spatially mapped the same way as the first symbol of the HE-LTF on each subcarrier. Equation (27-8), Equation (27-10), Equation (27-13), Equation (27-15), Equation (27-17), and Equation (27-19) apply if the Beam Change field is 0. |

IEEE 802.11ax-2021 § 27.3.11.7.2 (emphasis added).

The Accused Products set the BEAM_CHANGE parameter to "1" in the HE-SIG-A field, which signals "that the spatial mapping of the pre-HE modulated fields of the PPDU may be spatially mapped differently from the first symbol of the HE-LTF."

Page 37 of 104

If the TXVECTOR parameter BEAM_CHANGE is 1 or not present, the time domain waveform for the HE-SIG-A field of an HE SU PPDU, HE MU PPDU, and HE TB PPDU, transmitted on frequency segment $i_{Seg}$ and transmit chain $i_{TX}$, shall be as specified in Equation (27-16).

$$r^{(i_{Seg}, i_{TX})}_{\text{HE-SIG-A}}(t) = \frac{1}{\sqrt{N_{TX} \cdot N^{\text{Tone}}_{\text{HE-SIG-A}} \cdot \frac{|\Omega_{20\text{MHz}}|}{N_{20\text{MHz}}}}} \sum_{n=0}^{1} w_{T_{SYML}}(t - nT_{SYML})$$

$$\sum_{i_{BW} \in \Omega_{20\text{MHz}}} \sum_{k=-28}^{28} \eta_{\text{HE-SIG-A}, k} \left( \begin{array}{l} \Upsilon_{(k - K_{\text{Shift}}(i_{BW})), \text{BW}}(D_{k, n, 20} + P_{n+2}P_k) \\ \cdot \exp(j2\pi(k - K_{\text{Shift}}(i_{BW}))\Delta_{F, \text{Pre-HE}}(t - nT_{SYML} - T_{GI, \text{Pre-HE}} - T^{i_{TX}}_{CS})) \end{array} \right) \quad (27\text{-}16)$$

where
$T_{SYML}$   is given in Table 27-12

$K_{\text{Shift}}(i) = (N_{20\text{MHz}} - 1 - 2i) \cdot 32$

$$D_{k, n, 20} = \begin{cases} 0, & k = 0, \pm 7, \pm 21 \\ d_{M_{20}(k), n}, & \text{otherwise} \end{cases}$$

IEEE 802.11ax-2021 § 27.3.11.7.4 (emphasis added).

When the reception quality metric fails to meet the threshold, the Accused Products use the available feedback (e.g, CQI) to select another spatial mapping matrix from its codebook. This matrix is selected by the Accused Products to improve the reception quality metric (e.g., raise SNR, reduce PER) for subsequent "additional data packets transmitted to the receiver."

<table>
<tr>
<td></td>
<td>

The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the HE sounding NDP.

After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ ($0 \leq u \leq N_{user,r}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).

</td>
</tr>
<tr>
<td>

[7] The method as described in claim 1, wherein the acts of iteratively transmitting and receiving are implemented using an orthogonal frequency division multiplexing (OFDM) modulation scheme.

</td>
<td>

The Accused Products perform the method of claim 1, wherein the acts of iteratively transmitting and receiving are implemented using an orthogonal frequency division multiplexing (OFDM) modulation scheme.

The Accused Products utilize the 802.11ax Standard, which establishes that HE PHY is based on OFDM. All packet transmissions, including the HE PPDUs used for data transmission and sounding employ OFDM modulation across subcarriers.

The HE PHY supports OFDMA transmissions, in both the DL and the UL where different users can occupy different RUs in a PPDU (see 27.3.10). The transmission within an RU in a PPDU may be a single stream to one user (SISO), multiple streams spatially multiplexed to one user (SU-MIMO), or multiple streams spatially multiplexed to multiple users (MU-MIMO).

IEEE 802.11ax-2021 § 27.3.1.1 (emphasis added).

</td>
</tr>
</table>

<table>
<tr><td></td><td>

**27.3.1.2 OFDMA**

OFDMA is an OFDM-based multiple access scheme where different subsets of subcarriers are allocated to different users, and this scheme allows simultaneous data transmission to or from one or more users. In OFDMA, users are allocated different subsets of subcarriers that can change from one PPDU to the next. The difference between OFDM and OFDMA is illustrated in Figure 27-4. Similar to OFDM, OFDMA employs multiple subcarriers, but the subcarriers are divided into several groups where each group is referred to as an RU. With OFDMA, different transmit powers may be applied to different RUs.



**Figure 27-4—Illustration of OFDM and OFDMA concepts**

IEEE 802.11ax-2021 § 27.3.1.2

</td></tr>
<tr><td>

[8PRE] One or more non-transitory computer-readable memory devices storing executable instructions that, responsive to execution by a processor,

</td><td>

The Defendant and its customers directly infringe claim 8 under 35 U.S.C. § 271(a) by making, selling, offering to sell, importing, and/or using the claimed non-transitory computer-readable memory devices in the United States.  In particular, Defendant infringes § 271(a) by making, selling, offering to sell, importing, and/or using the Accused Products domestically, while its customers and end users infringe by using and testing products that implement the 802.11ax Standard—or later, backwards-compatible standards.

</td></tr>
</table>

| implement a communication controller configured to: | Moreover, the Defendant induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe, and contributes to infringement under § 271(c) by offering, selling, and/or importing an apparatus comprising each of the limitations of one or more of the claims of the '401 patent, including claim 8, into the United States.  The Accused Products are a material part of the invention, and the Accused Products are specifically adapted for infringing the '401 patent through the use of 802.11ax Standard or subsequent backwards-compatible wireless networking standards.  They are not staple articles of commerce suitable for substantial non-infringing use.<br><br>Unless otherwise noted, Velocity contends that every element of each asserted claim is literally met by the Defendant's testing and use of the Accused Products.  To the extent Defendant claims any element is not literally met, Velocity asserts that such element is nonetheless satisfied under the doctrine of equivalents.  No substantial differences between the patent claim elements and the corresponding features of the Accused Products exist.  In every instance, each step of the instructions performed by the Accused Products is performed by the Accused Products for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element.  Furthermore, if a claim chart refers to specific Accused Products, Velocity asserts that any similarly functioning components also infringe the charted claims.<br><br>To the extent the preamble is limiting, the Accused Products constitute non-transitory computer-readable memory devices storing executable instructions that, responsive to execution by a processor, implement a communication controller. |
| [8a] iteratively transmit one or more data packets to a receiver, each act of transmitting using a different one of a set of predefined spatial mapping matrices; | The Accused Products implement a communication controller configured to iteratively transmit one or more data packets to a receiver, each act of transmitting using a different one of a set of predefined spatial mapping matrices.<br><br>The Accused Products practice iterative MIMO transmissions using different spatial mapping matrices for each transmission attempt. |

Case 5:26-cv-00103-RWS　　Document 1-18　　Filed 07/30/26　　Page 43 of 105 PageID #: 776

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,083,401

> Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.
>
> The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:

IEEE 802.11ax-2021 § 26.7.1 (emphasis added).

The Accused Products transmit an HE sounding NDP (Null Data Packet) with a number of space-time streams (NSTS) as an initial training packet.

> The HE Compressed Beamforming Report information contains the channel matrix elements indexed, first, by matrix angles in order shown in Table 9-71 and, second, by data and pilot subcarrier index from lowest frequency to highest frequency. An explanation of how these angles are generated from the beamforming feedback matrix $V$ is given in 19.3.12.3.6, where $Nc$ is the number of columns in a compressed beamforming feedback matrix determined by the Nc Index subfield of the HE MIMO Control field, and $Nr$ is the number of rows in a compressed beamforming feedback matrix determined by the Nr Index subfield of the HE MIMO Control field.
>
> The beamforming feedback matrix $V$ is formed by the beamformee as follows. The beamformer transmits an HE sounding NDP with $N_{STS,NDP}$ space-time streams, where $N_{STS,NDP}$ takes a value between 2 and 8. Based on this HE sounding NDP, the beamformee estimates the $N_{RX,BFEE} \times N_{STS,NDP}$ channel, and based on that channel it determines a $Nr \times Nc$ orthogonal matrix $V$, where $Nr$ and $Nc$ satisfy Equation (9-1). $N_{RX,BFEE}$ is the number of receiver chains used to receive the HE sounding NDP at the beamformee.
>
> Further restrictions on $Nc$ are described in 27.2. The angles are quantized as defined in Table 9-74 with $b_\psi$ defined by the Codebook Information field of the HE MIMO Control field (see 9.4.1.64).

IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added).

The Accused Products use a predefined spatial mapping matrix to probe the wireless channel. After sounding, the Accused Products transmit subsequent data packets using a beamformed spatial mapping matrix. In compliance with the 802.11ax Standard, the Accused Products transmit a PPDU using a beamforming steering matrix.

> **high-efficiency (HE) beacon:** A Beacon frame transmitted in a HE single-user (SU) physical layer (PHY) protocol data unit (PPDU).
>
> **high-efficiency (HE) beamformee:** An HE station (STA) that receives an HE physical layer (PHY) protocol data unit (PPDU) that was transmitted using a beamforming steering matrix.
>
> **high-efficiency (HE) beamformer:** An HE station (STA) that transmits an HE physical layer (PHY) protocol data unit (PPDU) using a beamforming steering matrix.

IEEE 802.11ax-2021 § 3.2 (emphasis added).

The Accused Products use a different predefined matrix (a beamforming steering matrix) to transmit subsequent data packets. The Accused Products, in compliance with the 802.11ax Standard, use the feedback matrix from the receiver to select the steering matrix $Q_k$ for the next data transmission.

> The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the HE sounding NDP.
>
> After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user,t}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ ($0 \le u \le N_{user,t}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).

| | After each sounding exchange, the Accused Products select a new spatial matrix for subsequent packets. By transmitting one packet using a first spatial matrix (*e.g.*, the sounding packet) and then transmitting another packet using a second, different spatial matrix (the selected beamforming matrix), the Accused Products perform iterative transmissions with different predefined spatial mapping matrices. |
| --- | --- |



An HE TB sounding sequence is initiated by an HE beamformer with a broadcast HE NDP Announcement frame with two or more STA Info fields, followed after a SIFS by an HE sounding NDP, followed after a SIFS by a BFRP Trigger frame. Each HE beamformee responds after a SIFS with an HE Compressed Beamforming/CQI frame.

An example of an HE TB sounding sequence with more than one HE beamformee is shown in Figure 26-8.

**Figure 26-8—Example of HE TB sounding**

An HE beamformer that initiates an HE TB sounding sequence shall transmit the HE NDP Announcement frame with two or more STA Info fields and the RA field set to the broadcast address.

IEEE 802.11ax-2021 § 26.7.3 (emphasis added) ("An HE TB sounding sequence is initiated by an HE beamformer with a broadcast HE NDP Announcement frame with two or more STA Info fields." (describes sounding sequence initiation)).

| [8b] receive, from the receiver, channel estimates responsive to the one or | The Accused Products implement a communication controller configured to receive, from the receiver, channel estimates responsive to the one or more data packets iteratively transmitted to the receiver. |
|---|---|

| more data packets iteratively transmitted to the receiver; | The Accused Products obtain channel feedback (channel estimates) from the receiver in response to the iterative training transmissions.  After the Accused Products send the sounding packet(s), the receiver sends to the Accused Products a channel state estimate.<br><br>**26.7.1 General**<br><br>Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.<br><br>IEEE 802.11ax-2021 § 26.7.1 (emphasis added).<br><br>The beamformee (the receiver) sends a channel estimate based on the received training packet and returns this information to the Accused Products. The Accused Products, in compliance with the 802.11ax Standard, receive from the "HE beamformee . . . an estimate of the channel state in an HE Compressed Beamforming report." |

Case 5:26-cv-00103-RWS    Document 1-18    Filed 07/30/26    Page 48 of 105 PageID #:
781

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,083,401

> The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:
>
> — SU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field.
>
> — MU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field and HE MU Exclusive Beamforming Report field.
>
> — CQI feedback: The HE compressed beamforming/CQI report consists of an HE CQI Report field.
>
> NOTE—Use of HE TB sounding does not necessarily imply MU feedback. HE TB sounding is also used to obtain SU feedback and CQI feedback.
>
> The HE compressed beamforming/CQI report is carried in a single HE Compressed Beamforming/CQI frame if the resulting frame is less than or equal to 11 454 octets in length (see 26.7.3). Otherwise, the HE beamforming feedback is segmented, and each segment is carried in an HE Compressed Beamforming/CQI frame.

IEEE 802.11ax-2021 § 26.7.1 (emphasis added).

The Accused Products receive from the receiver a feedback report, which contains the channel state information (CSI) in the form of a compressed beamforming matrix $V$, which represents the channel estimate. The Accused Products, in compliance with the 802.11ax Standard, use a beamforming feedback matrix $V$ that is sent by the receiver. The Accused Products receive, from the receiver, channel estimates responsive to the iteratively transmitted packets (*e.g.*, HE sounding NDPs or data packets containing HE-LTFs).

The Accused Products, in compliance with the 802.11ax Standard, receive channel state information from receiver(s) based on sounding packets. For example, the Accused Products, in compliance with the 802.11ax Standard, receive HE Compressed Beamforming/CQI frames.

The HE Compressed Beamforming/CQI frame is an Action No Ack frame of category HE. The Action field of an HE Compressed Beamforming/CQI frame contains the information shown in Table 9-526b.

**Table 9-526b—HE Compressed Beamforming/CQI frame Action field format**

| Order | Information |
|-------|-------------|
| 1 | Category |
| 2 | HE Action |
| 3 | HE MIMO Control (see 9.4.1.64) |
| 4 | HE Compressed Beamforming Report (see 9.4.1.65) |
| 5 | HE MU Exclusive Beamforming Report (see 9.4.1.66) |
| 6 | HE CQI Report (see 9.4.1.67) |

The Category field is defined in Table 9-51.

The HE Action field is defined in Table 9-526a.

The presence and contents of the HE Compressed Beamforming Report field, HE MU Exclusive Beamforming Report field and HE CQI Report field are dependent on the values of the Feedback Type subfield of the HE MIMO Control field (see 9.4.1.65, 9.4.1.66, and 9.4.1.67).

IEEE 802.11ax-2021 § 9.6.31.2 (emphasis added) (These frames carry the HE Compressed Beamforming Report field (§ 9.4.1.65), HE MU Exclusive Beamforming Report field (§ 9.4.1.66), and/or HE CQI Report field (§ 9.4.1.67), which contain the channel estimates.).

The Accused Products receive channel estimates from the receiver wherein the channel estimates are responsive to the transmission of the sounding packet (*e.g.*, HE sounding NDP), which contains HE-LTFs constructed using the predefined matrices. *See, e.g.*, the HE non-TB sounding sequence in Figure 26-7 and HE TB sounding sequence in Figure 26-8.

Case 5:26-cv-00103-RWS    Document 1-18    Filed 07/30/26    Page 50 of 105 PageID #: 783

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,083,401



IEEE 802.11ax-2021 § 26.7.3 (emphasis added).

In compliance with the 802.11ax Standard, the Accused Products receive from the receiver "channel estimates" or "feedback" after receiving the beamformer's training data (*e.g.*, HE sounding NDP). The format and content of these frames received by the Accused Products include beamforming matrices and SNR information - channel estimates.

The HE CQI Report field carries the per-RU average SNRs of each space-time stream, where each per-RU average SNR is the arithmetic mean of the SNR in decibels over a 26-tone RU for which the feedback is being requested. The HE CQI Report field contains information about the quality of the link.

The size of the HE CQI Report field depends on the values in the HE MIMO Control field. The HE CQI Report field contains HE CQI Report information. HE CQI Report information is included in the HE compressed beamforming/CQI report if the Feedback Type subfield in the HE MIMO Control field indicates CQI feedback. If the HE MIMO Control field contains a Disallowed Subchannel Bitmap subfield, then the HE CQI Report field does not include information for tones that are included within 26-tone RUs that are indicated as disallowed by the bitmap.

IEEE 802.11ax-2021 § 9.4.1.67 (emphasis added) ("The HE CQI Report field carries the per-RU average SNRs of each space-time stream, where each per-RU average SNR is the arithmetic mean of the SNR in decibels over a 26-tone RU for which the feedback is being requested. The HE CQI Report field contains information about the quality of the link." (describing "average SNRs" and "quality of the link")).

The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices $V$ for use by a transmit beamformer to determine steering matrices $Q$, as described in 10.34.3 and 19.3.12.3.

The size of the HE Compressed Beamforming Report field depends on the values in the HE MIMO Control field. The HE Compressed Beamforming Report field contains HE Compressed Beamforming Report information or successive (possibly zero-length) portions thereof in the case of segmented HE compressed beamforming/CQI report (see 26.7.4). HE Compressed Beamforming Report information is included in the HE compressed beamforming/CQI report if the Feedback Type subfield in the HE MIMO Control field indicates SU or MU. If the HE MIMO Control field contains a Disallowed Subchannel Bitmap subfield, then the HE Compressed Beamforming Report field does not include information for tones that are included within 242-tone RUs that are indicated as disallowed by the bitmap.

IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added) ("The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices V

Case 5:26-cv-00103-RWS    Document 1-18    Filed 07/30/26    Page 52 of 105 PageID #:
785

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,083,401

| | |
|---|---|
| | for use by a transmit beamformer to determine steering matrices Q." (describing the content of the channel estimate)). |
| [8c] select, based on the received channel estimates, one of the predefined spatial mapping matrices from the set of predefined spatial mapping matrices for use in transmitting one or more additional data packets to the receiver; and | The Accused Products implement a communication controller configured to select, based on the received channel estimates, one of the predefined spatial mapping matrices from the set of predefined spatial mapping matrices for use in transmitting one or more additional data packets to the receiver.

The Accused Products use channel feedback from the receiver to select a spatial mapping matrix for transmitting one or more additional data packets to the receiver. The Accused Products, in compliance with the 802.11ax Standard, use the channel estimate(s) received from the receiver to select "the steering matrix" for transmission.

Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.

IEEE 802.11ax-2021 § 26.7.1 (emphasis added) ("sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix" (the Accused Products use the estimate to select the matrix)).

The Accused Products receive the channel estimates and, based on the channel estimates, determine which predefined spatial mapping/steering matrix will optimize the next transmission. The Accused Products receive channel estimates including HE Compressed Beamforming Reports which contain feedback matrices V "for use by a transmit beamformer to determine steering matrices Q." |

> The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices $V$ for use by a transmit beamformer to determine steering matrices $Q$, as described in 10.34.3 and 19.3.12.3.
>
> The size of the HE Compressed Beamforming Report field depends on the values in the HE MIMO Control field. The HE Compressed Beamforming Report field contains HE Compressed Beamforming Report information or successive (possibly zero-length) portions thereof in the case of segmented HE compressed beamforming/CQI report (see 26.7.4). HE Compressed Beamforming Report information is included in the HE compressed beamforming/CQI report if the Feedback Type subfield in the HE MIMO Control field indicates SU or MU. If the HE MIMO Control field contains a Disallowed Subchannel Bitmap subfield, then the HE Compressed Beamforming Report field does not include information for tones that are included within 242-tone RUs that are indicated as disallowed by the bitmap.

IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added).

For example, the Accused Products, in single-user beamforming, use the feedback matrix V from the receiver $(V_{k,0})$ to select the steering matrix $(Q_k)$ for the subsequent data packet transmission.

> The DL MU-MIMO steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k, N_{user,r}-1}]$ can be determined by the beamformer using the beamforming feedback for subcarrier $k$ from beamformee $u$, where $u = 0, 1, ..., N_{user,r}-1$. The feedback report format is described in 9.4.1.65 and 9.4.1.66. The steering matrix that is computed (or updated) using new beamforming feedback from some or all of participating beamformees might replace the existing steering matrix $Q_k$ for the next DL MU-MIMO data transmission.
>
> For SU-MIMO beamforming, the steering matrix $Q_k$ can be determined from the beamforming feedback matrix $V_k$ that is sent back to the beamformer by the beamformee using the compressed beamforming feedback matrix format as defined in 19.3.12.3.6. The feedback report format is described in 9.4.1.65.

IEEE 802.11ax-2021 § 27.3.16.1 (emphasis added) ("the steering matrix $Q_k$ can be determined by the beamformer using the beamforming feedback matrix $V_k$ that is sent back to the beamformer by the beamformee" (describing that the matrix $Q_k$ is determined from channel estimates received from the receiver)).

The Accused Products use the sounding protocol and the received channel estimates to select the appropriate spatial mapping matrix for subsequent data transmissions to the receiver(s). In compliance with the 802.11ax Standard, the Accused Products use the feedback data to determine the determine the spatial mapping matrices.



$Q_k^{(i_{Seg})}$ is the spatial mapping matrix for the subcarrier $k$ in frequency segment $i_{Seg}$. For HE modulated fields, $Q_k^{(i_{seg})}$ is a matrix with $N_{TX}$ rows and $N_{STS,r,total}$ columns. When beamforming or DL MU-MIMO is applied, $Q_k^{(i_{seg})}$ is a beamforming or DL MU-MIMO steering matrix that is derived from the TXVECTOR parameter EXPANSION_MAT. The beamforming steering matrices and DL MU-MIMO steering matrices are implementation specific. If the TXVECTOR parameter BEAM_CHANGE is 1 or not present, then for pre-HE modulated fields $Q_k^{(i_{seg})}$ is a column vector with $N_{TX}$ elements with element $i_{TX}$ being $\exp(-j2\pi k\Delta_{F,\,\text{Pre-HE}}T_{CS}^{i_{TX}})$, where $T_{CS}^{i_{TX}}$ represents the cyclic shift for the transmitter chain whose values are defined in 27.3.11.2.1; otherwise it is identical to the spatial mapping $Q_k^{(i_{Seg})}$ for HE modulated fields.

IEEE 802.11ax-2021 § 27.3.10 (emphasis added) ("$Q_k^{(iSeg)}$ is a beamforming or DL MU-MIMO steering matrix that is derived from the TXVECTOR parameter EXPANSION_MAT.").

The Accused Products select, based on the received channel estimates, a predefined spatial mapping matrix for use in transmitting additional data packets to the receiver. The subsequent data packet transmission requires an HE-LTF field. The construction of this HE-LTF field requires the application of the predefined spatial mapping matrices (P matrices) stored in memory and the number of HE-LTF symbols (NHE-LTF) needed for the subsequent transmission is determined based on the number of spatial streams being transmitted (NSTS), which is chosen based on the channel estimates received by the Accused Products.

$A^k_{\text{HE-LTF}}$ is given by Equation (27-55).

$$A^k_{\text{HE-LTF}} = \begin{cases} R_{\text{HE-LTF}}, \text{ if } k \in K_{\text{Pilot}} \text{ and HE single stream pilot HE-LTF mode is used} \\ P_{\text{HE-LTF}}, \text{ otherwise} \end{cases} \quad (27\text{-}55)$$

where

$K_{\text{Pilot}}$     is the set of subcarrier indices for the pilot subcarriers as defined in 27.3.2.4

$R_{\text{HE-LTF}}$     is a $N_{\text{HE-LTF}} \times N_{\text{HE-LTF}}$ matrix whose elements are defined in Equation (27-56)

$$\left[R_{\text{HE-LTF}}\right]_{m,n} = \left[P_{\text{HE-LTF}}\right]_{1,n}, 1 \le m, n \le N_{\text{HE-LTF}} \quad (27\text{-}56)$$

$P_{\text{HE-LTF}}$     is defined in Equation (27-57)

$$P_{\text{HE-LTF}} = \begin{cases} P_{4 \times 4}, N_{\text{HE-LTF}} = 1, 2, 4 \\ P_{6 \times 6}, N_{\text{HE-LTF}} = 6 \\ P_{8 \times 8}, N_{\text{HE-LTF}} = 8 \end{cases} \quad (27\text{-}57)$$

where $P_{4 \times 4}$ is defined in Equation (19-27), $P_{6 \times 6}$ is defined in Equation (21-44), and $P_{8 \times 8}$ is defined in Equation (21-45)

IEEE 802.11ax-2021 § 27.3.11.10 (emphasis added) (The choice of NHE-LTF determines which predefined matrix (P4x4, P6x6, or P8x8) is selected from memory for constructing the HE-LTF field, according to Equation (27-57).).

| | |
|---|---|
| [8d] select another one of the predefined spatial mapping matrices when a reception quality metric associated with the one or more additional data packets transmitted to the receiver fails to meet a reception quality metric threshold. | The Accused Products implement a communication controller configured to select another one of the predefined spatial mapping matrices when a reception quality metric associated with the one or more additional data packets transmitted to the receiver fails to meet a reception quality metric threshold.<br><br>Specifically, the Accused Products use SU-MIMO and MU-MIMO techniques to transmit data packets using spatial mapping matrices. The Accused Products (acting as beamformers), employ spatial mapping matrices, derived from channel state information (CSI) obtained via the HE sounding protocol. |

Case 5:26-cv-00103-RWS    Document 1-18    Filed 07/30/26    Page 56 of 105 PageID #:
789

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,083,401

> Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.
>
> The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:
>
> — SU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field.
> — MU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field and HE MU Exclusive Beamforming Report field.
> — CQI feedback: The HE compressed beamforming/CQI report consists of an HE CQI Report field.

IEEE 802.11ax-2021 § 26.7.1 (emphasis added).

The Accused Products use codebooks of predefined spatial mapping matrices when reception quality metrics fall below a defined threshold. The Accused Products, in compliance with the 802.11ax Standard, use the HE sounding protocol, where the beamformer transmits an HE sounding NDP and the beamformee (receiver) responds with feedback.



Figure 27-45—HE sounding NDP format

IEEE 802.11ax-2021 § 27.3.17 (emphasis added).

The 802.11ax Standard requires continuous link adaptation when channel quality degrades. For example, § 26.15.3 mandates that "[a]n HE STA shall follow the rules defined in 10.6 and 26.15.4 for selecting the rate, MCS, and NSS …"

**26.15.3 MCS, NSS, BW, and DCM selection**

An HE STA shall follow the rules defined in 10.6 and 26.15.4 for selecting the rate, MCS, and NSS and the rules defined in 10.3.2.7, 10.3.2.9, 10.6.6.6, and 10.6.12 for selecting the channel width (BW) of transmitted PPDUs with the following exceptions:

— HE-MCS, NSS, and BW selection for an HE TB PPDU is defined in 26.5.2.3.

— Rate and BW selection for a CTS sent in response to an MU-RTS Trigger frame is defined in 26.2.6.

— A STA that transmits a Control frame carried in a non-HT PPDU that is a response to a frame received in an HE ER SU PPDU shall set the rate of the non-HT PPDU to 6 Mb/s.

— A STA that transmits a Control frame that is an S-MPDU carried in an HE ER SU PPDU and that is a response to a frame received in an HE ER SU PPDU shall use the <HE-MCS, NSS> tuple <HE-MCS 0, 1>.

— NSS and BW selection is further constrained as defined in 11.40, 26.9, 26.15.2, 26.15.4 through 26.15.8, and 26.17.

An HE STA that transmits an HE PPDU to a receiving STA shall use an <HE-MCS, NSS> tuple that is supported by the receiving STA as indicated by the Supported HE-MCS And NSS Set field in the HE Capabilities element that the receiving STA transmits. If the Supported HE-MCS and NSS set of a receiving STA is not known, the transmitting STA shall transmit using a <HE-MCS, NSS> tuple in the basic HE-MCS and NSS set if the basic HE-MCS and NSS set is not empty. Otherwise, the transmitting STA shall transmit using a <HE-MCS, NSS> tuple in the mandatory HE-MCS and NSS set. An HE STA is subject to all of the rules for HT STAs and VHT STAs that apply to its operating band (see 10.27).

IEEE 802.11ax-2021 § 26.15.3 (emphasis added).

Section 26.15.4 specifies that "An HE STA shall not, unless explicitly stated otherwise, transmit an HE PPDU, unless the <HE-MCS, NSS> tuple and bandwidth used are in the receive HE-MCS and NSS set of the receiving HE STA(s)."

An HE STA shall not, unless explicitly stated otherwise, transmit an HE PPDU, unless the <HE-MCS, NSS> tuple and bandwidth used are in the receive HE-MCS and NSS set of the receiving HE STA(s).

IEEE 802.11ax-2021 § 26.15.4.1 (emphasis added).

Case 5:26-cv-00103-RWS   Document 1-18   Filed 07/30/26   Page 59 of 105 PageID #: 792

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,083,401

The Accused Products receive feedback from receivers in the form of an HE Compressed Beamforming Report, which provides "transformed estimate[s] of the channel state." The channel estimates received by the Accused Products are derived from quantized angles ($\phi$, $\psi$). The possible steering matrices (Q) derived from this feedback belong to a limited, predefined set - a codebook of spatial mappings available to the Accused Products as shown in the below excerpt.

> Upon receipt of an HE sounding NDP, the beamformee computes a set of matrices for feedback to the beamformer as described in 21.3.11.2. The eligible beamformees shall remove the space-time stream CSD in Table 21-11 from the measured channel before computing a set of matrices for feedback to the beamformer.
>
> The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ in RU $r$ shall be compressed in the form of angles using the method described in 19.3.12.3.6. The angles, $\phi(k,u)$ and $\psi(k,u)$, are quantized according to Table 9-74 with $b_\psi$ defined by the Codebook Information field of the HE MIMO Control field (see 9.4.1.64). The compressed beamforming feedback matrix as defined in 19.3.12.3.6 is the only Clause 27 beamforming feedback matrix defined.

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).("The beamforming feedback matrix, $V_{k,u}$, ... [is] compressed in the form of angles… The angles $\phi(k,u)$ and $\psi(k,u)$ are quantized according to Table 9-74 with $b\psi$ defined by the Codebook Information field of the HE MIMO Control field").

The Accused Products use the received channel estimates (V matrix, angles) to "derive the steering matrix $Q_k$," selecting a matrix from this codebook that is best suited for the channel conditions.

> Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).

The Accused Products monitor the quality of reception experienced by the receivers to which they are transmitting data packets. This monitoring by the Accused products allows the Accused Products to maintain an efficient and robust link to the receiver(s). For example, the Accused Products receive a HE CQI Report field which contains the "the per-RU average SNRs of each space-time stream"

> The HE CQI Report field carries the per-RU average SNRs of each space-time stream, where each per-RU average SNR is the arithmetic mean of the SNR in decibels over a 26-tone RU for which the feedback is being requested. The HE CQI Report field contains information about the quality of the link.
>
> The size of the HE CQI Report field depends on the values in the HE MIMO Control field. The HE CQI Report field contains HE CQI Report information. HE CQI Report information is included in the HE compressed beamforming/CQI report if the Feedback Type subfield in the HE MIMO Control field indicates CQI feedback. If the HE MIMO Control field contains a Disallowed Subchannel Bitmap subfield, then the HE CQI Report field does not include information for tones that are included within 26-tone RUs that are indicated as disallowed by the bitmap.

IEEE 802.11ax-2021 § 9.4.1.67 (emphasis added) (Providing the Accused Products with a metric of signal quality at the receiver. High SNR values typically indicate a strong signal relative to noise and interference (showing good reception quality).).

The Accused Products monitor reception based on the failure rate of data packet transmissions. Specifically, the MAC layer in the Accused Products relies on acknowledgments (ACKs) to confirm successful packet reception. A lack of ACK triggers retransmissions, allowing the Accused Products to

track the packet error rate (PER) and overall throughput for the link to a specific receiver. The reception quality metrics include specific reception quality metric thresholds, for example a packet error rate of "< 10%." The feedback received by the Accused Products (SNR from CQI/MFB, PER, data throughput) are reception quality metrics associated with the one or more additional data packets transmitted to the receiver.

**27.3.20.2 Receiver minimum input sensitivity**

The packet error rate (PER) shall be less than 10% for a PSDU with the rate-dependent input levels listed in Table 27-51. The PSDU length shall be 2048 octets for BPSK modulation with DCM or 4096 octets for all other modulations.

**Table 27-51—Receiver minimum input level sensitivity**

| Modulation | | Rate (R) | Minimum sensitivity (20 MHz PPDU) (dBm) | Minimum sensitivity (40 MHz PPDU) (dBm) | Minimum sensitivity (80 MHz PPDU) (dBm) | Minimum sensitivity (160 MHz or 80+80 MHz PPDU) (dBm) |
|---|---|---|---|---|---|---|
| Without DCM | With DCM | | | | | |
| N/A | BPSK | 1/2 | −82 | −79 | −76 | −73 |
| BPSK | QPSK | 1/2 | −82 | −79 | −76 | −73 |
| QPSK | 16-QAM | 1/2 | −79 | −76 | −73 | −70 |
| QPSK | 16-QAM | 3/4 | −77 | −74 | −71 | −68 |
| 16-QAM | N/A | 1/2 | −74 | −71 | −68 | −65 |

IEEE 802.11ax-2021 § 27.3.20.2 (emphasis added).

If the reception quality metric for ongoing transmissions of data packets fails to meet a defined threshold, the Accused Products select another spatial mapping matrix from the codebook. When the Accused Products detect that the reception quality metric for a receiver is below its threshold (*e.g.*, CQI reports show low SNR, or MAC indicates high PER/low throughput), the accused products select a new spatial mapping matrix. For example, the Accused Products can start a new HE sounding procedure. Initiating a new HE sounding procedure yields updated channel estimates (V matrix). The Accused

Products will derive a new steering matrix (Q) from the codebook to better match the current channel and improve the reception quality metric.



An HE TB sounding sequence is initiated by an HE beamformer with a broadcast HE NDP Announcement frame with two or more STA Info fields, followed after a SIFS by an HE sounding NDP, followed after a SIFS by a BFRP Trigger frame. Each HE beamformee responds after a SIFS with an HE Compressed Beamforming/CQI frame.

An example of an HE TB sounding sequence with more than one HE beamformee is shown in Figure 26-8.

IEEE 802.11ax-2021 § 26.7.3 (emphasis added).

The Accused Products receive from a receiver a resounding request based on poor downlink quality (*e.g.*, high PER on received packets). The Accused Products will receive from a receiver a DL MU-MIMO Resound Recommendation field in the OM Control subfield, which "indicate[s] that the STA suggests that the AP either resound the channel or increase the channel sounding frequency." On receiving this resounding request, the Accused Products will select an updated spatial mapping matrix based on the receiver's observation of degraded quality.

An OMI initiator that is a non-AP STA may set the DL MU-MIMO Resound Recommendation subfield to 1 in the OM Control field in frames addressed to an OMI responder that is an AP to indicate that the non-AP STA suggests that the AP resound the channel with the non-AP STA. An OMI initiator that is a non-AP STA and that has no recommendation on the AP's DL MU-MIMO operation shall set DL MU-MIMO Resound Recommendation subfield to 0.

An OMI responder that receives a frame that carries an OM Control field with the DL MU-MIMO Resound Recommendation field equal to 1 from an OMI initiator may resound the channel or increase the frequency of the channel sounding with the OMI initiator if the OMI responder sends a DL MU-MIMO PPDU addressed to the OMI initiator.

IEEE 802.11ax-2021 § 26.9.2 (emphasis added).

The Accused Products will select a different spatial mapping matrix from its codebook when reception quality falls below a threshold. Specifically, the Accused Products set the BEAM_CHANGE parameter to "1" in the TXVECTOR.

The HE-SIG-A field for an HE SU PPDU or an HE ER SU PPDU contains the fields listed in Table 27-18.

**Table 27-18—HE-SIG-A field of an HE SU PPDU and HE ER SU PPDU**

| Bit | Field | Number of bits | Description |
|---|---|---|---|
| HE-SIG-A1 subfield of HE-SIG-A field | | | |
| B0 | Format | 1 | Differentiate an HE SU PPDU and HE ER SU PPDU from an HE TB PPDU:<br>    Set to 1 for an HE SU PPDU and HE ER SU PPDU. |
| B1 | Beam Change | 1 | Set to 1 to indicate that the pre-HE modulated fields of the PPDU may be spatially mapped differently from the first symbol of the HE-LTF. Equation (27-6), Equation (27-9), Equation (27-12), Equation (27-14), Equation (27-16), and Equation (27-18) apply if the Beam Change field is 1.<br>Set to 0 to indicate that the pre-HE modulated fields of the PPDU are spatially mapped the same way as the first symbol of the HE-LTF on each subcarrier. Equation (27-8), Equation (27-10), Equation (27-13), Equation (27-15), Equation (27-17), and Equation (27-19) apply if the Beam Change field is 0. |

IEEE 802.11ax-2021 § 27.3.11.7.2 (emphasis added).

The Accused Products set the BEAM_CHANGE parameter to "1" in the HE-SIG-A field, which signals "that the spatial mapping of the pre-HE modulated fields of the PPDU may be spatially mapped differently from the first symbol of the HE-LTF."

If the TXVECTOR parameter BEAM_CHANGE is 1 or not present, the time domain waveform for the HE-SIG-A field of an HE SU PPDU, HE MU PPDU, and HE TB PPDU, transmitted on frequency segment $i_{Seg}$ and transmit chain $i_{TX}$, shall be as specified in Equation (27-16).

$$r_{HE\text{-}SIG\text{-}A}^{(i_{Seg}, i_{TX})}(t) = \frac{1}{\sqrt{N_{TX} \cdot N_{HE\text{-}SIG\text{-}A}^{Tone} \cdot \frac{|\Omega_{20MHz}|}{N_{20MHz}}}} \sum_{n=0}^{1} w_{T_{SYML}}(t - nT_{SYML}) \tag{27-16}$$

$$\sum_{i_{BW} \in \Omega_{20MHz}} \sum_{k=-28}^{28} \eta_{HE\text{-}SIG\text{-}A,\,k} \begin{pmatrix} \Upsilon_{(k-K_{Shift}(i_{BW})),\,BW}(D_{k,n,20} + P_{n+2}P_k) \\ \cdot \exp(j2\pi(k - K_{Shift}(i_{BW}))\Delta_{F,\,Pre\text{-}HE}(t - nT_{SYML} - T_{GI,\,Pre\text{-}HE} - T_{CS}^{i_{TX}})) \end{pmatrix}$$

where

$T_{SYML}$     is given in Table 27-12

$K_{Shift}(i) = (N_{20MHz} - 1 - 2i) \cdot 32$

$$D_{k,n,20} = \begin{cases} 0, & k = 0, \pm 7, \pm 21 \\ d_{M_{20}(k),\,n}, & \text{otherwise} \end{cases}$$

IEEE 802.11ax-2021 § 27.3.11.7.4 (emphasis added).

When the reception quality metric fails to meet the threshold, the Accused Products use the available feedback (*e.g*, CQI) to select another spatial mapping matrix from its codebook. This matrix is selected by the Accused Products to improve the reception quality metric (*e.g.*, raise SNR, reduce PER) for subsequent "additional data packets transmitted to the receiver."

| | |
|---|---|
| | The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the HE sounding NDP.<br><br>After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ ($0 \leq u \leq N_{user,r}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.<br><br>IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added). |
| [9] The one or more non-transitory computer-readable memory devices of claim 8, wherein the reception quality metric is a data rate associated with the one or more additional data packets and the reception quality metric threshold is a minimum data rate. | The Accused Products are non-transitory computer-readable memory devices of claim 8, wherein the reception quality metric is a data rate associated with the one or more additional data packets and the reception quality metric threshold is a minimum data rate.<br><br>The Accused Products, in compliance with the 802.11ax Standard, measure reception quality using data rate, which is determined by the Modulation and Coding Scheme (MCS) index employed. The 802.11-2020 Standard (which 802.11ax is an amendment to) specifies that "DATARATE" is a PHY parameter representing the rate at which data is transmitted, and that successful operation requires meeting minimum thresholds.<br><br>The start of an OFDM transmission at a receive level greater than or equal to the minimum modulation and coding rate sensitivity (–82 dBm for 20 MHz channel spacing, –85 dBm for 10 MHz channel spacing, and –88 dBm for 5 MHz channel spacing) shall cause CS/CCA to detect a channel busy condition with a probability > 90% within 4 µs for 20 MHz channel spacing, 8 µs for 10 MHz channel spacing, and 16 µs for 5 MHz channel spacing.<br><br>IEEE 802.11-2020 § 17.3.10.6 (emphasis added). |

| | |
|---|---|
| | These minimum modulation and coding rate sensitivities define the threshold reception conditions for sustaining a given data rate. If the receiver cannot sustain that minimum data rate, the transmission fails to meet the threshold.

The 802.11-2020 Standard further ties reception quality directly to data rate through MCS operation:

**Table 19-27—MCS parameters for mandatory 20 MHz, $N_{SS}$ = 1, $N_{ES}$ = 1**

| MCS Index | Modulation | R | $N_{BPSCS}(i_{SS})$ | $N_{SD}$ | $N_{SP}$ | $N_{CBPS}$ | $N_{DBPS}$ | Data rate (Mb/s) 800 ns GI | Data rate (Mb/s) 400 ns GI (see NOTE) |
|---|---|---|---|---|---|---|---|---|---|
| 0 | BPSK | 1/2 | 1 | 52 | 4 | 52 | 26 | 6.5 | 7.2 |
| 1 | QPSK | 1/2 | 2 | 52 | 4 | 104 | 52 | 13.0 | 14.4 |
| 2 | QPSK | 3/4 | 2 | 52 | 4 | 104 | 78 | 19.5 | 21.7 |
| 3 | 16-QAM | 1/2 | 4 | 52 | 4 | 208 | 104 | 26.0 | 28.9 |
| 4 | 16-QAM | 3/4 | 4 | 52 | 4 | 208 | 156 | 39.0 | 43.3 |
| 5 | 64-QAM | 2/3 | 6 | 52 | 4 | 312 | 208 | 52.0 | 57.8 |
| 6 | 64-QAM | 3/4 | 6 | 52 | 4 | 312 | 234 | 58.5 | 65.0 |
| 7 | 64-QAM | 5/6 | 6 | 52 | 4 | 312 | 260 | 65.0 | 72.2 |

NOTE—Support of 400 ns GI is optional on transmit and receive.

IEEE 802.11-2020 § 19.5 (Table 19-27) (emphasis added) (listing each MCS index with columns for modulation, R (coding rate), and data rate). Each MCS index uniquely maps to a modulation and coding scheme to a data rate. |
| [15] The one or more non-transitory computer-readable memory devices | The Accused Products are non-transitory computer-readable memory devices of claim 8, wherein the communication controller is embodied on a wireless device that communicates via an orthogonal frequency division multiplexing (OFDM) modulation scheme. |

| | |
|---|---|
| of claim 8, wherein the communication controller is embodied on a wireless device that communicates via an orthogonal frequency division multiplexing (OFDM) modulation scheme. | The Accused Products utilize the 802.11ax Standard, which establishes that HE PHY is based on OFDM. All packet transmissions, including the HE PPDUs used for data transmission and sounding employ OFDM modulation across subcarriers.<br><br>The HE PHY supports OFDMA transmissions, in both the DL and the UL where different users can occupy different RUs in a PPDU (see 27.3.10). The transmission within an RU in a PPDU may be a single stream to one user (SISO), multiple streams spatially multiplexed to one user (SU-MIMO), or multiple streams spatially multiplexed to multiple users (MU-MIMO).<br><br>IEEE 802.11ax-2021 § 27.3.1.1 (emphasis added). |

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,083,401



**27.3.1.2 OFDMA**

OFDMA is an OFDM-based multiple access scheme where different subsets of subcarriers are allocated to different users, and this scheme allows simultaneous data transmission to or from one or more users. In OFDMA, users are allocated different subsets of subcarriers that can change from one PPDU to the next. The difference between OFDM and OFDMA is illustrated in Figure 27-4. Similar to OFDM, OFDMA employs multiple subcarriers, but the subcarriers are divided into several groups where each group is referred to as an RU. With OFDMA, different transmit powers may be applied to different RUs.

**Figure 27-4—Illustration of OFDM and OFDMA concepts**

IEEE 802.11ax-2021 § 27.3.1.2.

| [16PRE] An apparatus comprising: | The Defendant and its customers directly infringe claim 16 under 35 U.S.C. § 271(a) by making, selling, offering to sell, importing, and/or using the claimed apparatus in the United States.  In particular, Defendant infringes § 271(a) by making, selling, offering to sell, importing, and/or using the Accused Products domestically, while its customers and end users infringe by using and testing products that implement the 802.11ax Standard—or later, backwards-compatible standards. |

| | |
|---|---|
| | Moreover, the Defendant induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe, and contributes to infringement under § 271(c) by offering, selling, and/or importing an apparatus comprising each of the limitations of one or more of the claims of the '401 patent, including claim 16, into the United States. The Accused Products are a material part of the invention, and the Accused Products are specifically adapted for infringing the '401 patent through the use of 802.11ax Standard or subsequent backwards-compatible wireless networking standards. They are not staple articles of commerce suitable for substantial non-infringing use.<br><br>Unless otherwise noted, Velocity contends that every element of each asserted claim is literally met by the Defendant's testing and use of the Accused Products. To the extent Defendant claims any element is not literally met, Velocity asserts that such element is nonetheless satisfied under the doctrine of equivalents. No substantial differences between the patent claim elements and the corresponding features of the Accused Products exist. In every instance, each step of the methods performed by the Accused Products is performed by the Accused Products for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element. Furthermore, if a claim chart refers to specific Accused Products, Velocity asserts that any similarly functioning components also infringe the charted claims.<br><br>To the extent the preamble is limiting, the Accused Products constitute an apparatus. |
| [16a] one or more antennas configured for directional transmissions; | The Accused Products comprise one or more antennas configured for directional transmissions.<br><br>The 802.11ax Standard requires multiple transmit antennas for MIMO and beamforming operations.<br><br>The directional nature of these transmissions is evident from the application of spatial mapping matrices to the transmit antennas. |

> **26.7 HE sounding protocol**
>
> **26.7.1 General**
>
> Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.
>
> The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:
>
> — SU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field.
> — MU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field and HE MU Exclusive Beamforming Report field.
> — CQI feedback: The HE compressed beamforming/CQI report consists of an HE CQI Report field.

IEEE 802.11ax-2021 § 26.7.1 (emphasis added).

Further, the standard specifies that spatial mapping matrices (Q) are applied across transmit antennas to shape transmissions in particular directions:

| | |
|---|---|
| | steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user,r}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ $(0 \le u \le N_{user,r}-1)$ in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.<br><br>**27.3.16.3 CQI feedback**<br><br>If the HE NDP Announcement frame requests CQI feedback, then upon receipt of the HE sounding NDP, the beamformee computes CQI feedback as described in 9.4.1.67. The CQI feedback, $CQI_{s,r,u}$, for beamformee $u$ in RU $r$ for space-time stream $s$ shall be estimated using the method described in 9.4.1.67. The CQI values to be fed back are derived from quantized SNRs according to Table 9-91h. The beamformee shall transmit the CQI feedback for space-time stream 1, ..., $Nc$ for each of the RU indices for which the CQI report is being requested by the beamformer. The beamformer may use the CQI feedback to determine the best range of RUs for a compressed beamforming/CQI report or for RU assignment during a subsequent MU transmissions. The actual use is implementation specific.<br><br>IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added) ("For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix... The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific."). |
| [16b] memory configured to maintain a codebook having predefined spatial mapping matrices useful for beamforming; and | The Accused Products comprise memory configured to maintain a codebook having predefined spatial mapping matrices useful for beamforming.<br><br>The Accused Products, in compliance with the High Efficiency ("HE") PHY requirements of the 802.11ax Standard, send a signal (HE Sounding NDP) to a receiver (beamformee). This sounding process probes the spatial characteristics of the channel. |

**high-efficiency (HE) beamformee:** An HE station (STA) that receives an HE physical layer (PHY) protocol data unit (PPDU) that was transmitted using a beamforming steering matrix.

**high-efficiency (HE) beamformer:** An HE station (STA) that transmits an HE physical layer (PHY) protocol data unit (PPDU) using a beamforming steering matrix.

**high-efficiency (HE) extended range (ER) single-user (SU) physical layer (PHY) protocol data unit (PPDU) (HE ER SU PPDU):** A PPDU transmitted with HE ER SU PPDU format. This PPDU carries a single PHY service data unit (PSDU).

IEEE 802.11ax-2021 § 3.2 (emphasis added).

The Accused Products perform HE sounding NDP, which utilizes HE Long Training Fields (HE-LTFs). The Accused Products generate these HE-LTFs by applying a predefined mapping matrix, $P_{HE\text{-}LTF}$, across the spatial streams being sounded. This matrix consists of specific, predefined orthogonal sequences which separate the spatial streams.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,083,401

$A_{HE\text{-}LTF}^{k}$ is given by Equation (27-55).

$$A_{HE\text{-}LTF}^{k} = \begin{cases} R_{HE\text{-}LTF}, & \text{if } k \in K_{Pilot} \text{ and HE single stream pilot HE-LTF mode is used} \\ P_{HE\text{-}LTF}, & \text{otherwise} \end{cases} \quad (27\text{-}55)$$

where

$K_{Pilot}$    is the set of subcarrier indices for the pilot subcarriers as defined in 27.3.2.4

$R_{HE\text{-}LTF}$   is a $N_{HE\text{-}LTF} \times N_{HE\text{-}LTF}$ matrix whose elements are defined in Equation (27-56)

$$\left[R_{HE\text{-}LTF}\right]_{m,n} = \left[P_{HE\text{-}LTF}\right]_{1,n}, \; 1 \le m, n \le N_{HE\text{-}LTF} \quad (27\text{-}56)$$

$P_{HE\text{-}LTF}$   is defined in Equation (27-57)

$$P_{HE\text{-}LTF} = \begin{cases} P_{4 \times 4}, & N_{HE\text{-}LTF} = 1, 2, 4 \\ P_{6 \times 6}, & N_{HE\text{-}LTF} = 6 \\ P_{8 \times 8}, & N_{HE\text{-}LTF} = 8 \end{cases} \quad (27\text{-}57)$$

where $P_{4 \times 4}$ is defined in Equation (19-27), $P_{6 \times 6}$ is defined in Equation (21-44), and $P_{8 \times 8}$ is defined in Equation (21-45)

If the 1x HE-LTF is used for non-OFDMA UL MU-MIMO, the HE no pilot HE-LTF mode is used.

In an HE SU PPDU, HE MU PPDU, and HE ER SU PPDU, the time domain representation of the waveform, transmitted on frequency segment $i_{Seg}$ and transmit chain $i_{TX}$, shall be as described by Equation (27-58).

$$r_{HE\text{-}LTF}^{(i_{Seg}, i_{TX})}(t) = \frac{1}{\sqrt{\sum_{r=0}^{N_{RU}-1} \alpha_r^2 |K_r|}} \sum_{n=0}^{N_{HE\text{-}LTF}-1} w_{T_{HE\text{-}LTF}}(t - nT_{HE\text{-}LTF}) \sum_{r=0}^{N_{RU}-1} \frac{\alpha_r \sqrt{|K_r|}}{\sqrt{N_{STS,r,total}} |K_r^{HE\text{-}LTF}|} \quad (27\text{-}58)$$

$$\sum_{k \in K_r} \eta_{HE\text{-}LTF, k} \sum_{u=0}^{N_{user,r}-1} \sum_{m=1}^{N_{STS,r,u}} \left( \left[Q_k^{(i_{Seg})}\right]_{i_{TX}, (M_{r,u}+m)} \left[A_{HE\text{-}LTF}^{k}\right]_{(M_{r,u}+m), (n+1)} HELTF''_{k,u,m} \right. $$
$$\left. \cdot \exp(j2\pi k\Delta_{F, HE}(t - nT_{HE\text{-}LTF\text{-}SYM} - T_{GI, HE\text{-}LTF} - T_{CS, HE}(M_{r,u}+m))) \right)$$

IEEE 802.11ax-2021 § 27.3.11.10 (emphasis added) (showing the matrices $P_{4x4}$, $P_{6x6}$, $P_{8x8}$, contain

Page 73 of 104

Case 5:26-cv-00103-RWS    Document 1-18    Filed 07/30/26    Page 75 of 105 PageID #: 808

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,083,401

| | |
|---|---|
| | predefined orthogonal codes).<br><br>These matrices are stored in a codebook at the transmitter.<br><br>The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ in RU $r$ shall be compressed in the form of angles using the method described in 19.3.12.3.6. The angles, $\phi(k,u)$ and $\psi(k,u)$, are quantized according to Table 9-74 with $b_\psi$ defined by the Codebook Information field of the HE MIMO<br><br>IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).<br><br>The Accused Products store these predefined HE-LTF sequences and the $P_{\text{HE-LTF}}$ mapping matrix in the Accused Products' memory. The predefined HE-LTF and $P_{\text{HE-LTF}}$ mapping matrix are applied to generate the HE Sounding NDP. |



The HE sounding NDP is a variant of the HE SU PPDU. The format of an HE sounding NDP is defined in Figure 27-45.

**Figure 27-45—HE sounding NDP format**

NOTE—The number of HE-LTF symbols in the HE sounding NDP is indicated in the NSTS And Midamble Periodicity field in the HE-SIG-A field.

The HE sounding NDP has the following properties:

— Uses the HE SU PPDU format but without the Data field

— Has a PE field that is 4 µs in duration

IEEE 802.11ax-2021 § 27.3.17 ("The HE Sounding NDP is a variant of the HE SU PPDU" and contains this HE-LTF field. The HE-LTF generation process, including use of $P_{HE-LTF}$, applies to the HE Sounding NDP.).

The Accused Products store the predefined spatial mapping matrices ($P_{HE-LTF}$) in memory at the transmitter. The 802.11ax Standard requires that the preamble of an HE transmission include HE-LTF symbols in which the data tones are multiplied by entries of a matrix $P_{HE-LTF}$. *See* IEEE 802.11ax-2021 § 27.3.11.10 ("An HE transmission has a preamble that contains HE-LTF symbols, where the data tones of each HE-LTF symbol are multiplied by entries belonging to a matrix $P_{HE-LTF}$, to enable channel estimation at the receiver.").

Because the Accused Products must repeatedly apply the same $P_{HE-LTF}$ matrices across transmissions, the matrices are necessarily stored and maintained in the Accused Products' memory. This storage is required for compliance with the standard.

The HE Sounding NDP transmits HE-LTF symbols equal to space-time streams ($N_{STS}$) being sounded ($N_{HE-LTF} \geq N_{STS}$). Each HE-LTF symbol, combined with the application of the $P_{HE-LTF}$ matrix, effectively

| | |
|---|---|
| | probes a different spatial dimension defined by the predefined orthogonal sequences within $P_{HE\text{-}LTF}$. The receiver processes all transmitted HE-LTFs to estimate the channel across all sounded spatial streams. Thus, the sounding transmission inherently continues until each spatial dimension defined by the predefined $P_{HE\text{-}LTF}$ mapping used for the sounding has been probed.<br><br>The HE-LTF field provides a means for the receiver to estimate the MIMO channel between the set of constellation mapper outputs (or, if STBC is applied, the STBC encoder outputs) and the receive chains. In an HE SU PPDU and HE ER SU PPDU, the transmitter provides training for $N_{STS}$ space-time streams (spatial mapper inputs) used for the transmission of the PSDU. In an HE MU PPDU, the transmitter provides training for $N_{STS,r,total}$ space-time streams used for the transmission of the PSDU(s) in the $r^{th}$ RU. In an HE TB PPDU, the transmitter of user $u$ in the $r^{th}$ RU provides training for $N_{STS,r,u}$ space-time streams used for the transmission of the PSDU. For each subcarrier in the $r^{th}$ RU, the MIMO channel that can be estimated is an $N_{RX} \times N_{STS,r,total}$ matrix. An HE transmission has a preamble that contains HE-LTF symbols, where the data tones of each HE-LTF symbol are multiplied by entries belonging to a matrix $P_{HE\text{-}LTF}$, to enable channel estimation at the receiver. When single stream pilot is used in HE-LTF, the pilot subcarriers of each HE-LTF symbol are multiplied by the entries of a matrix $R_{HE\text{-}LTF}$ defined below to allow receivers to track phase and/or frequency offset during MIMO channel estimation using the HE-LTF. Single stream pilots shall be used in the HE-LTF field for SU, DL, and UL OFDMA, DL MU-MIMO, and partial-bandwidth UL MU-MIMO transmissions. Single stream pilots shall be used in the HE-LTF field for a full-bandwidth UL MU-MIMO transmission if single stream pilot HE-LTF mode is selected.<br><br>In an HE SU PPDU, HE ER SU PPDU, and HE MU PPDU with a single RU (the RU having an MU-MIMO allocation or an SU allocation), the number of HE-LTF symbols, $N_{HE\text{-}LTF}$, is a function of the total number of space-time streams, $N_{STS}$, as shown in Table 21-13 in 21.3.8.3.5 with $N_{VHT\text{-}LTF}$ replaced by $N_{HE\text{-}LTF}$ and with $N_{STS,total}$ replaced by $N_{STS}$. In an HE MU PPDU, $N_{HE\text{-}LTF}$ is indicated in the HE-SIG-A field. In an HE MU PPDU with more than one RU, $N_{HE\text{-}LTF}$ may take a value 1, 2, 4, 6, or 8 that is greater than or equal to the maximum value of the initial number of HE-LTF symbols for each RU, where the initial number of HE-LTF symbols is calculated as a function of $N_{STS,r,total}$ (where $r$ is the index of the RU) based on Table 21-13 in 21.3.8.3.5 with $N_{VHT\text{-}LTF}$ replaced by $N_{HE\text{-}LTF}$.<br><br>IEEE 802.11ax-2021 § 27.3.11.10 (emphasis added). |
| [16c]    a    transmission controller configured to: | The Accused Products comprise a transmission controller. |

| | |
|---|---|
| | The 802.11ax Standard specifies that the transmitter maintains TXVECTOR and BEAM_CHANGE parameters and uses them to control the formation and transmission of PPDUs, including the selection of beamforming matrices, the number of spatial streams, and whether beam changes occur.<br><br>**26.11.3 BEAM_CHANGE**<br><br>An HE STA uses the TXVECTOR parameter BEAM_CHANGE to indicate a change in the spatial mapping of the pre-HE-STF portion of the PPDU and the first symbol of HE-LTF (see Table 27-1).<br><br>An HE STA that transmits an HE SU PPDU or an HE ER SU PPDU shall set the TXVECTOR parameter BEAM_CHANGE to 1 if one or more of the following conditions are met:<br>— The number of spatial streams is greater than 2.<br>— The PPDU is the first PPDU in a TXOP.<br>— The PPDU carries a Trigger frame.<br><br>IEEE 802.11ax-2021 § 26.11.3. |
| [16c(i)] iteratively transmit, via the one or more antennas, data packets in different directions using the predefined spatial mapping matrices; | The Accused Products comprise a transmission controller configured to iteratively transmit, via the one or more antennas, data packets in different directions using the predefined spatial mapping matrices.<br><br>The 802.11ax Standard specifies that the beamformer transmits HE sounding NDPs using different spatial mapping matrices (*i.e.*, different directions).  The TXVECTOR and BEAM_CHANGE parameters control the transmission direction. |

### 26.7.3 Rules for HE sounding protocol sequences

An HE non-TB sounding sequence is initiated by an HE beamformer with an individually addressed HE NDP Announcement frame comprising exactly one STA Info field, followed after SIFS by an HE sounding NDP. The HE beamformee responds after SIFS with an HE Compressed Beamforming/CQI frame.

The AID11 subfield of the STA Info field shall be set to the AID of the STA identified by the RA field of the HE NDP Announcement frame, or to 0 if the STA identified by the RA field is a mesh STA, AP, or IBSS STA.

An example of an HE non-TB sounding sequence with a single HE beamformee is shown in Figure 26-7.



**Figure 26-7—Example of HE non-TB sounding**

IEEE 802.11ax-2021 § 26.7.3.

### 26.11.3 BEAM_CHANGE

An HE STA uses the TXVECTOR parameter BEAM_CHANGE to indicate a change in the spatial mapping of the pre-HE-STF portion of the PPDU and the first symbol of HE-LTF (see Table 27-1).

An HE STA that transmits an HE SU PPDU or an HE ER SU PPDU shall set the TXVECTOR parameter BEAM_CHANGE to 1 if one or more of the following conditions are met:
— The number of spatial streams is greater than 2.
— The PPDU is the first PPDU in a TXOP.
— The PPDU carries a Trigger frame.

IEEE 802.11ax-2021 § 26.11.3 (emphasis added).

| | |
|---|---|
| | The Accused Products, in compliance with the 802.11ax Standard, use the mapping matrices, $Q_k$, and use different angles, $\phi$ and $\psi$, for each predefined spatial mapping matrix. The use of different angles allows transmission in different directions.<br><br>The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the HE sounding NDP.<br><br>After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user,t}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ ($0 \leq u \leq N_{user,t}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.<br><br>IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).<br><br>The spatial mapping matrices ($Q_k$, $P_{HE-LTF}$) are applied to streams before transmission; their columns/rows correspond to different orthogonal directions in the transmit antenna space. |

| | |
|---|---|
| | **27.3.11.10 HE-LTF field**<br><br>The HE-LTF field provides a means for the receiver to estimate the MIMO channel between the set of constellation mapper outputs (or, if STBC is applied, the STBC encoder outputs) and the receive chains. In an HE SU PPDU and HE ER SU PPDU, the transmitter provides training for $N_{STS}$ space-time streams (spatial mapper inputs) used for the transmission of the PSDU. In an HE MU PPDU, the transmitter provides training for $N_{STS,r,total}$ space-time streams used for the transmission of the PSDU(s) in the $r^{th}$ RU. In an HE TB PPDU, the transmitter of user $u$ in the $r^{th}$ RU provides training for $N_{STS,r,u}$ space-time streams used for the transmission of the PSDU. For each subcarrier in the $r^{th}$ RU, the MIMO channel that can be estimated is an $N_{RX} \times N_{STS,r,total}$ matrix. An HE transmission has a preamble that contains HE-LTF symbols, where the data tones of each HE-LTF symbol are multiplied by entries belonging to a matrix $P_{HE\text{-}LTF}$, to enable channel estimation at the receiver. When single stream pilot is used in HE-LTF, the pilot subcarriers of each HE-LTF symbol are multiplied by the entries of a matrix $R_{HE\text{-}LTF}$ defined below to allow receivers to track phase and/or frequency offset during MIMO channel estimation using the HE-LTF. Single stream pilots shall be used in the HE-LTF field for SU, DL, and UL OFDMA, DL MU-MIMO, and partial-bandwidth UL MU-MIMO transmissions. Single stream pilots shall be used in the HE-LTF field for a full-bandwidth UL MU-MIMO transmission if single stream pilot HE-LTF mode is selected.<br><br>IEEE 802.11ax-2021 § 27.3.11.10 (emphasis added). |
| [16c(ii)] receive channel estimates from a receiver responsive to one or more of the data packets iteratively transmitted to the receiver; | The Accused Products comprise a transmission controller configured to receive channel estimates from a receiver responsive to one or more of the data packets iteratively transmitted to the receiver.<br><br>The Accused Products receive from the receiver (beamformee) a channel estimate in the form of compressed beamforming feedback in response to the transmitted sounding NDP. |

**26.7.1 General**

Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.

IEEE 802.11ax-2021 § 26.7.1 (emphasis added).

**9.4.1.65 HE Compressed Beamforming Report field**

The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices $V$ for use by a transmit beamformer to determine steering matrices $Q$, as described in 10.34.3 and 19.3.12.3.

IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added).

| | |
|---|---|
| [16c(iii)] select, based on the received channel estimates, one of the predefined spatial mapping matrices for communicating one or more additional data packets with the receiver via the one or more antennas; and | The Accused Products comprise a transmission controller configured to select, based on the received channel estimates, one of the predefined spatial mapping matrices for communicating one or more additional data packets with the receiver via the one or more antennas.<br><br>The Accused Products use different predefined spatial mapping matrices. |

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,083,401

> Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.
>
> The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:

IEEE 802.11ax-2021 § 26.7.1 (emphasis added).

The Accused Products transmit an HE sounding NDP (Null Data Packet) with a number of space-time streams (NSTS) as an initial training packet.

> The HE Compressed Beamforming Report information contains the channel matrix elements indexed, first, by matrix angles in order shown in Table 9-71 and, second, by data and pilot subcarrier index from lowest frequency to highest frequency. An explanation of how these angles are generated from the beamforming feedback matrix $V$ is given in 19.3.12.3.6, where $Nc$ is the number of columns in a compressed beamforming feedback matrix determined by the Nc Index subfield of the HE MIMO Control field, and $Nr$ is the number of rows in a compressed beamforming feedback matrix determined by the Nr Index subfield of the HE MIMO Control field.
>
> The beamforming feedback matrix $V$ is formed by the beamformee as follows. The beamformer transmits an HE sounding NDP with $N_{STS,NDP}$ space-time streams, where $N_{STS,NDP}$ takes a value between 2 and 8. Based on this HE sounding NDP, the beamformee estimates the $N_{RX,BFEE} \times N_{STS,NDP}$ channel, and based on that channel it determines a $Nr \times Nc$ orthogonal matrix $V$, where $Nr$ and $Nc$ satisfy Equation (9-1). $N_{RX,BFEE}$ is the number of receiver chains used to receive the HE sounding NDP at the beamformee.
>
> Further restrictions on $Nc$ are described in 27.2. The angles are quantized as defined in Table 9-74 with $b_\psi$ defined by the Codebook Information field of the HE MIMO Control field (see 9.4.1.64).

IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added).

The Accused Products use a predefined spatial mapping matrix to probe the wireless channel. After sounding, the Accused Products transmit subsequent data packets using a beamformed spatial mapping matrix. In compliance with the 802.11ax Standard, the Accused Products transmit a PPDU using a beamforming steering matrix.

> **high-efficiency (HE) beacon:** A Beacon frame transmitted in a HE single-user (SU) physical layer (PHY) protocol data unit (PPDU).
>
> **high-efficiency (HE) beamformee:** An HE station (STA) that receives an HE physical layer (PHY) protocol data unit (PPDU) that was transmitted using a beamforming steering matrix.
>
> **high-efficiency (HE) beamformer:** An HE station (STA) that transmits an HE physical layer (PHY) protocol data unit (PPDU) using a beamforming steering matrix.

IEEE 802.11ax-2021 § 3.2 (emphasis added).

The Accused Products, in compliance with the 802.11ax Standard, use the feedback matrix from the receiver to select the steering matrix $Q_k$ for the data transmission.

> The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the HE sounding NDP.
>
> After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user,t}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ ($0 \leq u \leq N_{user,r}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).

After each sounding exchange, the Accused Products select a spatial matrix for subsequent packets.



An HE TB sounding sequence is initiated by an HE beamformer with a broadcast HE NDP Announcement frame with two or more STA Info fields, followed after a SIFS by an HE sounding NDP, followed after a SIFS by a BFRP Trigger frame. Each HE beamformee responds after a SIFS with an HE Compressed Beamforming/CQI frame.

An example of an HE TB sounding sequence with more than one HE beamformee is shown in Figure 26-8.

Figure 26-8—Example of HE TB sounding

An HE beamformer that initiates an HE TB sounding sequence shall transmit the HE NDP Announcement frame with two or more STA Info fields and the RA field set to the broadcast address.

IEEE 802.11ax-2021 § 26.7.3 (emphasis added) ("An HE TB sounding sequence is initiated by an HE beamformer with a broadcast HE NDP Announcement frame with two or more STA Info fields." (describes sounding sequence initiation)).

The spatial mapping matrices ($Q_k$, $P_{HE\text{-}LTF}$) are applied to streams before transmission; their columns/rows correspond to different orthogonal directions in the transmit antenna space.

### 27.3.11.10 HE-LTF field

The HE-LTF field provides a means for the receiver to estimate the MIMO channel between the set of constellation mapper outputs (or, if STBC is applied, the STBC encoder outputs) and the receive chains. In an HE SU PPDU and HE ER SU PPDU, the transmitter provides training for $N_{STS}$ space-time streams (spatial mapper inputs) used for the transmission of the PSDU. In an HE MU PPDU, the transmitter provides training for $N_{STS,r,total}$ space-time streams used for the transmission of the PSDU(s) in the $r^{th}$ RU. In an HE TB PPDU, the transmitter of user $u$ in the $r^{th}$ RU provides training for $N_{STS,r,u}$ space-time streams used for the transmission of the PSDU. For each subcarrier in the $r^{th}$ RU, the MIMO channel that can be estimated is an $N_{RX} \times N_{STS,r,total}$ matrix. An HE transmission has a preamble that contains HE-LTF symbols, where the data tones of each HE-LTF symbol are multiplied by entries belonging to a matrix $P_{HE\text{-}LTF}$, to enable channel estimation at the receiver. When single stream pilot is used in HE-LTF, the pilot subcarriers of each HE-LTF symbol are multiplied by the entries of a matrix $R_{HE\text{-}LTF}$ defined below to allow receivers to track phase and/or frequency offset during MIMO channel estimation using the HE-LTF. Single stream pilots shall be used in the HE-LTF field for SU, DL, and UL OFDMA, DL MU-MIMO, and partial-bandwidth UL MU-MIMO transmissions. Single stream pilots shall be used in the HE-LTF field for a full-bandwidth UL MU-MIMO transmission if single stream pilot HE-LTF mode is selected.

IEEE 802.11ax-2021 § 27.3.11.10 (emphasis added).

The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ in RU $r$ shall be compressed in the form of angles using the method described in 19.3.12.3.6. The angles, $\phi(k,u)$ and $\psi(k,u)$, are quantized according to Table 9-74 with $b_v$ defined by the Codebook Information field of the HE MIMO

Control field (see 9.4.1.64). The compressed beamforming feedback matrix as defined in 19.3.12.3.6 is the only Clause 27 beamforming feedback matrix defined.

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).

| [16c(iv)] select another one of the predefined spatial mapping matrices when a reception quality metric associated with the one or more additional data packets transmitted to the receiver fails to meet a reception quality metric threshold. | The Accused Products comprise a transmission controller configured to select another one of the predefined spatial mapping matrices when a reception quality metric associated with the one or more additional data packets transmitted to the receiver fails to meet a reception quality metric threshold.<br><br>Specifically, the Accused Products use SU-MIMO and MU-MIMO techniques to transmit data packets using spatial mapping matrices. The Accused Products (acting as beamformers), employ spatial mapping matrices, derived from channel state information (CSI) obtained via the HE sounding protocol.<br><br>Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.<br><br>The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:<br>— SU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field.<br>— MU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field and HE MU Exclusive Beamforming Report field.<br>— CQI feedback: The HE compressed beamforming/CQI report consists of an HE CQI Report field.<br><br>IEEE 802.11ax-2021 § 26.7.1 (emphasis added).<br><br>The Accused Products use codebooks of predefined spatial mapping matrices when reception quality metrics fall below a defined threshold. The Accused Products, in compliance with the 802.11ax Standard, use the HE sounding protocol, where the beamformer transmits an HE sounding NDP and the beamformee (receiver) responds with feedback. |



The HE sounding NDP is a variant of the HE SU PPDU. The format of an HE sounding NDP is defined in Figure 27-45.

**Figure 27-45—HE sounding NDP format**

NOTE—The number of HE-LTF symbols in the HE sounding NDP is indicated in the NSTS And Midamble Periodicity field in the HE-SIG-A field.

The HE sounding NDP has the following properties:
— Uses the HE SU PPDU format but without the Data field
— Has a PE field that is 4 µs in duration

IEEE 802.11ax-2021 § 27.3.17 (emphasis added).

The 802.11ax Standard requires continuous link adaptation when channel quality degrades. For example, § 26.15.3 mandates that "[a]n HE STA shall follow the rules defined in 10.6 and 26.15.4 for selecting the rate, MCS, and NSS …"

Page 87 of 104

**26.15.3 MCS, NSS, BW, and DCM selection**

An HE STA shall follow the rules defined in 10.6 and 26.15.4 for selecting the rate, MCS, and NSS and the rules defined in 10.3.2.7, 10.3.2.9, 10.6.6.6, and 10.6.12 for selecting the channel width (BW) of transmitted PPDUs with the following exceptions:

— HE-MCS, NSS, and BW selection for an HE TB PPDU is defined in 26.5.2.3.

— Rate and BW selection for a CTS sent in response to an MU-RTS Trigger frame is defined in 26.2.6.

— A STA that transmits a Control frame carried in a non-HT PPDU that is a response to a frame received in an HE ER SU PPDU shall set the rate of the non-HT PPDU to 6 Mb/s.

— A STA that transmits a Control frame that is an S-MPDU carried in an HE ER SU PPDU and that is a response to a frame received in an HE ER SU PPDU shall use the <HE-MCS, NSS> tuple <HE-MCS 0, 1>.

— NSS and BW selection is further constrained as defined in 11.40, 26.9, 26.15.2, 26.15.4 through 26.15.8, and 26.17.

An HE STA that transmits an HE PPDU to a receiving STA shall use an <HE-MCS, NSS> tuple that is supported by the receiving STA as indicated by the Supported HE-MCS And NSS Set field in the HE Capabilities element that the receiving STA transmits. If the Supported HE-MCS and NSS set of a receiving STA is not known, the transmitting STA shall transmit using a <HE-MCS, NSS> tuple in the basic HE-MCS and NSS set if the basic HE-MCS and NSS set is not empty. Otherwise, the transmitting STA shall transmit using a <HE-MCS, NSS> tuple in the mandatory HE-MCS and NSS set. An HE STA is subject to all of the rules for HT STAs and VHT STAs that apply to its operating band (see 10.27).

IEEE 802.11ax-2021 § 26.15.3 (emphasis added).

Section 26.15.4 specifies that "An HE STA shall not, unless explicitly stated otherwise, transmit an HE PPDU, unless the <HE-MCS, NSS> tuple and bandwidth used are in the receive HE-MCS and NSS set of the receiving HE STA(s)."

An HE STA shall not, unless explicitly stated otherwise, transmit an HE PPDU, unless the <HE-MCS, NSS> tuple and bandwidth used are in the receive HE-MCS and NSS set of the receiving HE STA(s).

IEEE 802.11ax-2021 § 26.15.4.1 (emphasis added).

The Accused Products receive feedback from receivers in the form of an HE Compressed Beamforming Report, which provides "transformed estimate[s] of the channel state."  The channel estimates received by the Accused Products are derived from quantized angles ($\phi$, $\psi$).  The possible steering matrices (Q) derived from this feedback belong to a limited, predefined set - a codebook of spatial mappings available to the Accused Products as shown in the below excerpt.

> Upon receipt of an HE sounding NDP, the beamformee computes a set of matrices for feedback to the beamformer as described in 21.3.11.2. The eligible beamformees shall remove the space-time stream CSD in Table 21-11 from the measured channel before computing a set of matrices for feedback to the beamformer.
>
> The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ in RU $r$ shall be compressed in the form of angles using the method described in 19.3.12.3.6. The angles, $\phi(k,u)$ and $\psi(k,u)$, are quantized according to Table 9-74 with $b_\psi$ defined by the Codebook Information field of the HE MIMO Control field (see 9.4.1.64). The compressed beamforming feedback matrix as defined in 19.3.12.3.6 is the only Clause 27 beamforming feedback matrix defined.

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).("The beamforming feedback matrix, $V_{k,u}$, ... [is] compressed in the form of angles… The angles $\phi(k,u)$ and $\psi(k,u)$ are quantized according to Table 9-74 with b$\psi$ defined by the Codebook Information field of the HE MIMO Control field").

The Accused Products use the received channel estimates (V matrix, angles) to "derive the steering matrix $Q_k$," selecting a matrix from this codebook that is best suited for the channel conditions.

> Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).

The Accused Products monitor the quality of reception experienced by the receivers to which they are transmitting data packets. This monitoring by the Accused products allows the Accused Products to maintain an efficient and robust link to the receiver(s). For example, the Accused Products receive a HE CQI Report field which contains the "the per-RU average SNRs of each space-time stream"

> The HE CQI Report field carries the per-RU average SNRs of each space-time stream, where each per-RU average SNR is the arithmetic mean of the SNR in decibels over a 26-tone RU for which the feedback is being requested. The HE CQI Report field contains information about the quality of the link.
>
> The size of the HE CQI Report field depends on the values in the HE MIMO Control field. The HE CQI Report field contains HE CQI Report information. HE CQI Report information is included in the HE compressed beamforming/CQI report if the Feedback Type subfield in the HE MIMO Control field indicates CQI feedback. If the HE MIMO Control field contains a Disallowed Subchannel Bitmap subfield, then the HE CQI Report field does not include information for tones that are included within 26-tone RUs that are indicated as disallowed by the bitmap.

IEEE 802.11ax-2021 § 9.4.1.67 (emphasis added) (Providing the Accused Products with a metric of signal quality at the receiver. High SNR values typically indicate a strong signal relative to noise and interference (showing good reception quality).).

The Accused Products monitor reception based on the failure rate of data packet transmissions. Specifically, the MAC layer in the Accused Products relies on acknowledgments (ACKs) to confirm successful packet reception. A lack of ACK triggers retransmissions, allowing the Accused Products to

Case 5:26-cv-00103-RWS    Document 1-18    Filed 07/30/26    Page 92 of 105 PageID #: 825

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,083,401

track the packet error rate (PER) and overall throughput for the link to a specific receiver. The reception quality metrics include specific reception quality metric thresholds, for example a packet error rate of "< 10%." The feedback received by the Accused Products (SNR from CQI/MFB, PER, data throughput) are reception quality metrics associated with the one or more additional data packets transmitted to the receiver.

### 27.3.20.2 Receiver minimum input sensitivity

The packet error rate (PER) shall be less than 10% for a PSDU with the rate-dependent input levels listed in Table 27-51. The PSDU length shall be 2048 octets for BPSK modulation with DCM or 4096 octets for all other modulations.

**Table 27-51—Receiver minimum input level sensitivity**

| Modulation | | Rate (R) | Minimum sensitivity (20 MHz PPDU) (dBm) | Minimum sensitivity (40 MHz PPDU) (dBm) | Minimum sensitivity (80 MHz PPDU) (dBm) | Minimum sensitivity (160 MHz or 80+80 MHz PPDU) (dBm) |
|---|---|---|---|---|---|---|
| Without DCM | With DCM | | | | | |
| N/A | BPSK | 1/2 | −82 | −79 | −76 | −73 |
| BPSK | QPSK | 1/2 | −82 | −79 | −76 | −73 |
| QPSK | 16-QAM | 1/2 | −79 | −76 | −73 | −70 |
| QPSK | 16-QAM | 3/4 | −77 | −74 | −71 | −68 |
| 16-QAM | N/A | 1/2 | −74 | −71 | −68 | −65 |

IEEE 802.11ax-2021 § 27.3.20.2 (emphasis added).

If the reception quality metric for ongoing transmissions of data packets fails to meet a defined threshold, the Accused Products select another spatial mapping matrix from the codebook. When the Accused Products detect that the reception quality metric for a receiver is below its threshold (*e.g.*, CQI reports show low SNR, or MAC indicates high PER/low throughput), the accused products select a new spatial mapping matrix. For example, the Accused Products can start a new HE sounding procedure. Initiating a new HE sounding procedure yields updated channel estimates (V matrix). The Accused

Products will derive a new steering matrix (Q) from the codebook to better match the current channel and improve the reception quality metric.



An HE TB sounding sequence is initiated by an HE beamformer with a broadcast HE NDP Announcement frame with two or more STA Info fields, followed after a SIFS by an HE sounding NDP, followed after a SIFS by a BFRP Trigger frame. Each HE beamformee responds after a SIFS with an HE Compressed Beamforming/CQI frame.

An example of an HE TB sounding sequence with more than one HE beamformee is shown in Figure 26-8.

IEEE 802.11ax-2021 § 26.7.3 (emphasis added).

The Accused Products receive from a receiver a resounding request based on poor downlink quality (*e.g.*, high PER on received packets). The Accused Products will receive from a receiver a DL MU-MIMO Resound Recommendation field in the OM Control subfield, which "indicate[s] that the STA suggests that the AP either resound the channel or increase the channel sounding frequency." On receiving this resounding request, the Accused Products will select an updated spatial mapping matrix based on the receiver's observation of degraded quality.

> An OMI initiator that is a non-AP STA may set the DL MU-MIMO Resound Recommendation subfield to 1 in the OM Control field in frames addressed to an OMI responder that is an AP to indicate that the non-AP STA suggests that the AP resound the channel with the non-AP STA. An OMI initiator that is a non-AP STA and that has no recommendation on the AP's DL MU-MIMO operation shall set DL MU-MIMO Resound Recommendation subfield to 0.
>
> An OMI responder that receives a frame that carries an OM Control field with the DL MU-MIMO Resound Recommendation field equal to 1 from an OMI initiator may resound the channel or increase the frequency of the channel sounding with the OMI initiator if the OMI responder sends a DL MU-MIMO PPDU addressed to the OMI initiator.

IEEE 802.11ax-2021 § 26.9.2 (emphasis added).

The Accused Products will select a different spatial mapping matrix from its codebook when reception quality falls below a threshold. Specifically, the Accused Products set the BEAM_CHANGE parameter to "1" in the TXVECTOR.

The HE-SIG-A field for an HE SU PPDU or an HE ER SU PPDU contains the fields listed in Table 27-18.

**Table 27-18—HE-SIG-A field of an HE SU PPDU and HE ER SU PPDU**

| Bit | Field | Number of bits | Description |
|---|---|---|---|
| HE-SIG-A1 subfield of HE-SIG-A field | | | |
| B0 | Format | 1 | Differentiate an HE SU PPDU and HE ER SU PPDU from an HE TB PPDU:<br>    Set to 1 for an HE SU PPDU and HE ER SU PPDU. |
| B1 | Beam Change | 1 | Set to 1 to indicate that the pre-HE modulated fields of the PPDU may be spatially mapped differently from the first symbol of the HE-LTF. Equation (27-6), Equation (27-9), Equation (27-12), Equation (27-14), Equation (27-16), and Equation (27-18) apply if the Beam Change field is 1.<br>Set to 0 to indicate that the pre-HE modulated fields of the PPDU are spatially mapped the same way as the first symbol of the HE-LTF on each subcarrier. Equation (27-8), Equation (27-10), Equation (27-13), Equation (27-15), Equation (27-17), and Equation (27-19) apply if the Beam Change field is 0. |

IEEE 802.11ax-2021 § 27.3.11.7.2 (emphasis added).

The Accused Products set the BEAM_CHANGE parameter to "1" in the HE-SIG-A field, which signals "that the spatial mapping of the pre-HE modulated fields of the PPDU may be spatially mapped differently from the first symbol of the HE-LTF."

If the TXVECTOR parameter BEAM_CHANGE is 1 or not present, the time domain waveform for the HE-SIG-A field of an HE SU PPDU, HE MU PPDU, and HE TB PPDU, transmitted on frequency segment $i_{Seg}$ and transmit chain $i_{TX}$, shall be as specified in Equation (27-16).

$$r_{\text{HE-SIG-A}}^{(i_{Seg}, i_{TX})}(t) = \frac{1}{\sqrt{N_{TX} \cdot N_{\text{HE-SIG-A}}^{\text{Tone}} \cdot \frac{|\Omega_{20\text{MHz}}|}{N_{20\text{MHz}}}}} \sum_{n=0}^{1} w_{T_{SYML}}(t - nT_{SYML})$$

$$\sum_{i_{BW} \in \Omega_{20\text{MHz}}} \sum_{k=-28}^{28} \eta_{\text{HE-SIG-A}, k} \left( \begin{array}{l} \Upsilon_{(k-K_{\text{Shift}}(i_{BW})), \text{BW}}(D_{k,n,20} + P_{n+2}P_k) \\ \cdot \exp(j2\pi(k - K_{\text{Shift}}(i_{BW}))\Delta_{F, \text{Pre-HE}}(t - nT_{SYML} - T_{GI, \text{Pre-HE}} - T_{CS}^{i_{TX}})) \end{array} \right)$$

(27-16)

where

$T_{SYML}$ is given in Table 27-12

$K_{\text{Shift}}(i) = (N_{20\text{MHz}} - 1 - 2i) \cdot 32$

$D_{k,n,20} = \begin{cases} 0, & k = 0, \pm 7, \pm 21 \\ d_{M_{20}(k), n}, & \text{otherwise} \end{cases}$

IEEE 802.11ax-2021 § 27.3.11.7.4 (emphasis added).

When the reception quality metric fails to meet the threshold, the Accused Products use the available feedback (*e.g*, CQI) to select another spatial mapping matrix from its codebook. This matrix is selected by the Accused Products to improve the reception quality metric (*e.g.*, raise SNR, reduce PER) for subsequent "additional data packets transmitted to the receiver."

|  |  |
|---|---|
|  | The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the HE sounding NDP.<br><br>After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}}-1]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ ($0 \le u \le N_{user,r}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.<br><br>IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).<br><br>When the monitored quality of reception falls below a threshold—*i.e.*, when the reported SNR no longer supports a higher MCS—the Accused Products must adjust by transmitting subsequent data packets at a lower MCS or by requesting updated CQI/beamforming feedback through a new sounding procedure. *See* 802.11ax-2021 § 26.7.3 ("An HE beamformee that receives an HE NDP Announcement frame soliciting SU feedback as part of an HE non-TB sounding sequence shall generate an HE compressed beamforming/CQI report for SU feedback . . . . The HE beamformee shall transmit the HE compressed beamforming/CQI report a SIFs after the HE sounding NDP."). |
| [17] The apparatus as recited in claim 16, wherein the reception quality metric is a data rate associated with the one or more additional data packets and the reception quality metric threshold is a minimum data rate. | The Accused Products are an apparatus as recited in claim 16, wherein the reception quality metric is a data rate associated with the one or more additional data packets and the reception quality metric threshold is a minimum data rate.<br><br>The Accused Products, in compliance with the 802.11ax Standard, measure reception quality using data rate, which is determined by the Modulation and Coding Scheme (MCS) index employed. The 802.11-2020 Standard (which 802.11ax is an amendment to) specifies that "DATARATE" is a PHY parameter representing the rate at which data is transmitted, and that successful operation requires meeting minimum thresholds. |

> The start of an OFDM transmission at a receive level greater than or equal to the minimum modulation and coding rate sensitivity (−82 dBm for 20 MHz channel spacing, −85 dBm for 10 MHz channel spacing, and −88 dBm for 5 MHz channel spacing) shall cause CS/CCA to detect a channel busy condition with a probability > 90% within 4 μs for 20 MHz channel spacing, 8 μs for 10 MHz channel spacing, and 16 μs for 5 MHz channel spacing.

IEEE 802.11-2020 § 17.3.10.6 (emphasis added).

These minimum modulation and coding rate sensitivities define the threshold reception conditions for sustaining a given data rate. If the receiver cannot sustain that minimum data rate, the transmission fails to meet the threshold.

The 802.11-2020 Standard further ties reception quality directly to data rate through MCS operation:

| | |
|---|---|
| | **Table 19-27—MCS parameters for mandatory 20 MHz, $N_{SS} = 1$, $N_{ES} = 1$** <br><br> <table><tr><td>MCS Index</td><td>Modulation</td><td>R</td><td>$N_{BPSCS}(i_{SS})$</td><td>$N_{SD}$</td><td>$N_{SP}$</td><td>$N_{CBPS}$</td><td>$N_{DBPS}$</td><td colspan="2">Data rate (Mb/s)</td></tr><tr><td></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td><td>800 ns GI</td><td>400 ns GI (see NOTE)</td></tr><tr><td>0</td><td>BPSK</td><td>1/2</td><td>1</td><td>52</td><td>4</td><td>52</td><td>26</td><td>6.5</td><td>7.2</td></tr><tr><td>1</td><td>QPSK</td><td>1/2</td><td>2</td><td>52</td><td>4</td><td>104</td><td>52</td><td>13.0</td><td>14.4</td></tr><tr><td>2</td><td>QPSK</td><td>3/4</td><td>2</td><td>52</td><td>4</td><td>104</td><td>78</td><td>19.5</td><td>21.7</td></tr><tr><td>3</td><td>16-QAM</td><td>1/2</td><td>4</td><td>52</td><td>4</td><td>208</td><td>104</td><td>26.0</td><td>28.9</td></tr><tr><td>4</td><td>16-QAM</td><td>3/4</td><td>4</td><td>52</td><td>4</td><td>208</td><td>156</td><td>39.0</td><td>43.3</td></tr><tr><td>5</td><td>64-QAM</td><td>2/3</td><td>6</td><td>52</td><td>4</td><td>312</td><td>208</td><td>52.0</td><td>57.8</td></tr><tr><td>6</td><td>64-QAM</td><td>3/4</td><td>6</td><td>52</td><td>4</td><td>312</td><td>234</td><td>58.5</td><td>65.0</td></tr><tr><td>7</td><td>64-QAM</td><td>5/6</td><td>6</td><td>52</td><td>4</td><td>312</td><td>260</td><td>65.0</td><td>72.2</td></tr><tr><td colspan="10">NOTE—Support of 400 ns GI is optional on transmit and receive.</td></tr></table> <br> IEEE 802.11-2020 § 19.5 (Table 19-27) (emphasis added) (listing each MCS index with columns for modulation, R (coding rate), and data rate). Each MCS index uniquely maps to a modulation and coding scheme to a data rate. |
| [18] The apparatus as recited in claim 16, wherein the transmission controller is further configured to, based on spatial mapping matrix feedback received from the receiver, select an optimal one of the predefined spatial mapping matrices for | The Accused Products are an apparatus as recited in claim 16, wherein the transmission controller is further configured to, based on spatial mapping matrix feedback received from the receiver, select an optimal one of the predefined spatial mapping matrices for subsequent data transmissions to the receiver. <br><br> The Accused Products obtain channel feedback (channel estimates) from the receiver in response to the iterative training transmissions. After the Accused Products send the sounding packet(s), the receiver sends to the Accused Products a channel state estimate. |

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,083,401

| | |
|---|---|
| subsequent data transmissions to the receiver. | **26.7.1 General**<br><br>Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.<br><br>IEEE 802.11ax-2021 § 26.7.1 (emphasis added).<br><br>The beamformee (the receiver) sends a channel estimate based on the received training packet and returns this information to the Accused Products. The Accused Products, in compliance with the 802.11ax Standard, receive from the "HE beamformee . . . an estimate of the channel state in an HE Compressed Beamforming report." |

Page 99 of 104

> The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:
>
> — SU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field.
>
> — MU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field and HE MU Exclusive Beamforming Report field.
>
> — CQI feedback: The HE compressed beamforming/CQI report consists of an HE CQI Report field.
>
> NOTE—Use of HE TB sounding does not necessarily imply MU feedback. HE TB sounding is also used to obtain SU feedback and CQI feedback.
>
> The HE compressed beamforming/CQI report is carried in a single HE Compressed Beamforming/CQI frame if the resulting frame is less than or equal to 11 454 octets in length (see 26.7.3). Otherwise, the HE beamforming feedback is segmented, and each segment is carried in an HE Compressed Beamforming/CQI frame.

IEEE 802.11ax-2021 § 26.7.1 (emphasis added).

This Accused Products receive from the receiver a feedback report which contains the channel state information (CSI) in the form of a compressed beamforming matrix $V$, which represents the channel estimate. The Accused Products, in compliance with the 802.11ax Standard, use a beamforming feedback matrix $V$ that is sent by the receiver. The Accused Products receive, from the receiver, channel estimates responsive to the iteratively transmitted packets (*e.g.*, HE sounding NDPs or data packets containing HE-LTFs).

The Accused Products, in compliance with the 802.11ax Standard, receive channel state information from receiver(s) based on sounding packets. For example, the Accused Products, in compliance with the 802.11ax Standard, receive HE Compressed Beamforming/CQI frames.

The HE Compressed Beamforming/CQI frame is an Action No Ack frame of category HE. The Action field of an HE Compressed Beamforming/CQI frame contains the information shown in Table 9-526b.

**Table 9-526b—HE Compressed Beamforming/CQI frame Action field format**

| Order | Information |
|-------|-------------|
| 1 | Category |
| 2 | HE Action |
| 3 | HE MIMO Control (see 9.4.1.64) |
| 4 | HE Compressed Beamforming Report (see 9.4.1.65) |
| 5 | HE MU Exclusive Beamforming Report (see 9.4.1.66) |
| 6 | HE CQI Report (see 9.4.1.67) |

The Category field is defined in Table 9-51.

The HE Action field is defined in Table 9-526a.

The presence and contents of the HE Compressed Beamforming Report field, HE MU Exclusive Beamforming Report field and HE CQI Report field are dependent on the values of the Feedback Type subfield of the HE MIMO Control field (see 9.4.1.65, 9.4.1.66, and 9.4.1.67).

IEEE 802.11ax-2021 § 9.6.31.2 (emphasis added) (These frames carry the HE Compressed Beamforming Report field (§ 9.4.1.65), HE MU Exclusive Beamforming Report field (§ 9.4.1.66), and/or HE CQI Report field (§ 9.4.1.67), which contain the channel estimates.).

The Accused Products receive channel estimates from the receiver wherein the channel estimates are responsive to the transmission of the sounding packet (*e.g.*, HE sounding NDP), which contains HE-LTFs constructed using the predefined matrices. *See, e.g.*, the HE non-TB sounding sequence in Figure 26-7 and HE TB sounding sequence in Figure 26-8.



An example of an HE non-TB sounding sequence with a single HE beamformee is shown in Figure 26-7.

**Figure 26-7—Example of HE non-TB sounding**

An HE beamformer that initiates the HE non-TB sounding sequence shall transmit the HE NDP Announcement frame with a single STA Info field, and the value in the AID11 field of that STA Info field shall be other than 2047 and set to the AID of the STA identified by the RA field or to 0 if the STA identified by the RA field is a mesh STA, AP, or IBSS member STA.

IEEE 802.11ax-2021 § 26.7.3 (emphasis added).

In compliance with the 802.11ax Standard, the Accused Products receive from the receiver "channel estimates" or "feedback" after receiving the beamformer's training data (*e.g.*, HE sounding NDP). The format and content of these frames received by the Accused Products include beamforming matrices and SNR information - channel estimates.

> The HE CQI Report field carries the per-RU average SNRs of each space-time stream, where each per-RU average SNR is the arithmetic mean of the SNR in decibels over a 26-tone RU for which the feedback is being requested. The HE CQI Report field contains information about the quality of the link.
>
> The size of the HE CQI Report field depends on the values in the HE MIMO Control field. The HE CQI Report field contains HE CQI Report information. HE CQI Report information is included in the HE compressed beamforming/CQI report if the Feedback Type subfield in the HE MIMO Control field indicates CQI feedback. If the HE MIMO Control field contains a Disallowed Subchannel Bitmap subfield, then the HE CQI Report field does not include information for tones that are included within 26-tone RUs that are indicated as disallowed by the bitmap.

IEEE 802.11ax-2021 § 9.4.1.67 (emphasis added) (The HE CQI Report field carries the per-RU average SNRs of each space-time stream, where each per-RU average SNR is the arithmetic mean of the SNR in decibels over a 26-tone RU for which the feedback is being requested.  The HE CQI Report field contains information about the quality of the link." (describing "average SNRs" and "quality of the link")).

The transmitter (beamformer) selects (and updates) steering matrices (Q) to optimize link performance.

> **10.36.5.1 General**
>
> Transmit beamforming and DL-MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmitted signal to optimize reception at one or more receivers. The STA transmitting using the steering matrix is called the *VHT beamformer*, and a STA for which reception is optimized is called a *VHT beamformee*. An explicit feedback mechanism is used where the VHT beamformee directly measures the channel from the training symbols transmitted by the VHT beamformer and sends back a transformed estimate of the channel state to the VHT beamformer. The VHT beamformer then uses this estimate, perhaps combining estimates from multiple VHT beamformees, to derive the steering matrix.

IEEE 802.11-2020 § 10.36.5.1 (emphasis added).

| |
|---|
| **19.3.12.2 Implicit feedback beamforming**<br><br>Implicit feedback beamforming is a technique that relies on reciprocity in the time division duplex channel to estimate the channel over which a device is transmitting based on the MIMO reference that is received from the device to which it plans to transmit. This technique allows the transmitting device to calculate a set of transmit steering matrices, $Q_k$, one for each subcarrier, which are intended to optimize the performance of the link.<br><br>IEEE 802.11-2020 § 19.3.12.2 (emphasis added). |